**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 7:23-cv-318** |
| | ) | |
| **A&G COAL CORP., et al** | ) | |
| | ) | |
| *Defendants.* | ) | |

**ANSWER**

Defendants A&G Coal Corp., Bluestone Coal Corp., Bluestone Oil Corp., Chestnut Land Holdings, LLC, Dynamic Energy, Inc., Frontier Coal Co., Justice Energy Co., Kentucky Fuel Corp., National Coal, LLC, Pay Car Mining, Inc. Premium Coal Company, Inc., S and H Mining, Tams Management, Inc, and James C. Justice, III (collectively the "Defendants"), and for their Answer to the Complaint filed by the United States state as follows:

1.      Defendants deny that they have violated all of their legal obligations under the Surface Mining Control and Reclamation Act of 1977 ("SMCRA"), that they have violated all aspects of their permits, and that they have not paid all of the uncontested penalties assessed. Defendants admit that they have been cited for violations and civil penalties assessed by the Office of Surface Mining Reclamation and Enforcement ("OSMRE").  Defendants further admit that they have been assessed and have unpaid Abandoned Mine Land fee debt.

2.      Defendants admit the allegations in paragraph 2.

3.      Defendants admit the allegations in paragraph 3.

4.      Defendants admit the allegations in paragraph 4.

5.      Defendants admit the allegations in paragraph 5.

6.      Defendants admit the allegations in paragraph 6.

7.      Defendants admit the allegations in paragraph 7.

8.      Defendants admit the allegations in paragraph 8.

9.      Defendants admit the allegations in paragraph 9.

10.     Defendants admit the allegations in paragraph 10.

11.     Defendants admit the allegations in paragraph 11.

12.     Defendants admit the allegations in paragraph 12.

13.     Defendants admit the allegations in paragraph 13.

14.     Defendants admit the allegations in paragraph 14.

15.     Defendants admit the allegations in paragraph 15.

16.     Defendants admit the allegations in paragraph 16.

17.     Defendants admit the allegations in paragraph 17.

18.     Defendants admit the allegations in paragraph 18.

19.      Defendants admit the allegations in paragraph 19.

20.     Defendants admit the allegations in paragraph 20.

21.      Defendants admit the allegations in paragraph 21.

22.     Defendants admit the allegations in paragraph 22.

23.     Defendants admit the allegations in paragraph 23.

24.     Defendants admit the allegations in paragraph 24.

25.     Defendants admit the allegations in paragraph 25.

26.     Defendants admit the allegations in paragraph 26.

27.     Defendants admit that at one time it conducted surfacing mine operations in

Tennessee or purchased companies that conducted such operations.

28.     Defendants admit that OSMRE assessed civil penalties against them for operations in Tennessee.  Defendants further admit that they were the permittees for certain coal mining operations governed by OSMRE.

29.     Defendants admit the allegations in paragraph 29.

30.     Defendants admit the allegations in paragraph 30.

31.     Defendants admit the allegations in paragraph 31.

32.     Defendants admit the allegations in paragraph 32.

33.     Defendants admit the allegations in paragraph 33.

34.     Defendants admit the allegations in paragraph 34.

35.     Defendants admit the allegations in paragraph 35.

36.     Defendants admit the allegations in paragraph 36.

37.     Defendants admit the allegations in paragraph 37.

38.     Defendants admit the allegations in paragraph 38.

39.     Defendants admit the allegations in paragraph 39.

40.     Defendants admit the allegations in paragraph 40.

41.     Defendants admit the allegations in paragraph 41.

42.     Defendants admit the allegations in paragraph 42.

43.     Defendants admit the allegations in paragraph 43.

44.     Defendants admit the allegations in paragraph 44.

45.     Defendants admit the allegations in paragraph 45.

46.     Defendants admit the allegations in paragraph 46.

47.     Defendants admit the allegations in paragraph 47.

48.     Defendants admit the allegations in paragraph 48.

49.     Defendants admit the allegations in paragraph 49.

50.     Defendants admit the allegations in paragraph 50.

51.     Defendants admit the allegations in paragraph 51.

52.     Defendants admit the allegations in paragraph 52.

53.     Defendants admit the allegations in paragraph 53.

54.     Defendants admit the allegations in paragraph 54.

55.     Defendants admit the allegations in paragraph 55.

56.     Defendants admit the allegations in paragraph 56.

57.     Defendants admit the allegations in paragraph 57.

58.     Defendants admit the allegations in paragraph 58.

59.     Defendants admit that OSMRE issued violations and cessation orders for certain reclamation work on its properties.  Defendants deny that the violations pose health or safety risks or threaten environmental harm.

60.     Defendants admit the allegations in paragraph 60.

61.     Defendants admit the allegations in paragraph 61.

62.     Defendants admit the allegations in paragraph 62.

63.     Defendants admit the allegations in paragraph 63.

64.     Defendants admit the allegations in paragraph 64.

65.     Defendants admit the allegations in paragraph 65.

66.     Defendants admit the allegations in paragraph 66.

67.     Defendants admit the allegations in paragraph 67.

68.     Defendants admit the allegations in paragraph 68.

69.     Defendants admit the allegations in paragraph 69.

70.     Defendants admit the allegations in paragraph 70.

71.     Defendants admit the allegations in paragraph 71.

72.     Defendants deny the allegations in paragraph 72.

73.     Defendants admit the allegations in paragraph 73.

74.     Defendants admit the allegations in paragraph 74.

75.     Defendants admit the allegations in paragraph 75.

76.     Defendants admit the allegations in paragraph 76.

77.     Defendants admit the allegations in paragraph 77.

78.     Defendants admit the allegations in paragraph 78.

79.     Defendants admit the allegations in paragraph 79.

80.     Defendants admit the allegations in paragraph 80.

81.     Defendants admit the allegations in paragraph 81.

82.     Defendants admit the allegations in paragraph 82.

83.     Defendants admit the allegations in paragraph 83.

84.     Defendants admit the allegations in paragraph 84.

85.     Defendants admit the allegations in paragraph 85.

86.     Defendants admit the allegations in paragraph 86.

87.     Defendants admit the allegations in paragraph 87.

88.     Defendants admit the allegations in paragraph 88.

89.     Defendants admit the allegations in paragraph 89.

90.     Defendants admit the allegations in paragraph 90.

91.     Defendants admit the allegations in paragraph 91.

92.     Defendants admit the allegations in paragraph 92.

93.     Defendants admit the allegations in paragraph 93.

94.     Defendants admit the allegations in paragraph 94.

95.     Defendants admit the allegations in paragraph 95.

96.     Defendants admit the allegations in paragraph 96.

97.     Defendants admit the allegations in paragraph 97.

98.     Defendants admit the allegations in paragraph 98.

99.     Defendants admit the allegations in paragraph 99.

100.    Defendants admit the allegations in paragraph 100.

101.    Defendants admit the allegations in paragraph 101.

102.    Defendants admit the allegations in paragraph 102.

103.    Defendants admit the allegations in paragraph 103.

104.    Defendants admit the allegations in paragraph 104.

105.    Defendants deny the allegations in paragraph 105.

106.    Defendants admit the allegations in paragraph 106.

107.    Defendants admit the allegations in paragraph 107.

108.    Defendants admit the allegations in paragraph 108.

109.    Defendants admit the allegations in paragraph 109.

110.    Defendants admit the allegations in paragraph 110.

111.    Defendants admit the allegations in paragraph 111.

112.    Defendants admit the allegations in paragraph 112.

113.    Defendants admit the allegations in paragraph 113.

114.    Defendants admit the allegations in paragraph 114.

115.    Defendants admit the allegations in paragraph 115.

116.    Defendants admit the allegations in paragraph 116.

117.    Defendants admit the allegations in paragraph 117.

118.    Defendants deny the allegations in paragraph 118.

119.    Defendants admit the allegations in paragraph 119.

120.    Defendants admit the allegations in paragraph 120.

121.    Defendants admit the allegations in paragraph 121.

122.    Defendants admit the allegations in paragraph 122.

123.    Defendants deny the allegations in paragraph 123.

124.    Defendants admit the allegations in paragraph 124.

125.    Defendants admit the allegations in paragraph 125.

126.    Defendants admit the allegations in paragraph 126.

127.    Defendants admit the allegations in paragraph 127.

128.    Defendants admit the allegations in paragraph 128.

129.    Defendants admit the allegations in paragraph 129.

130.    Defendants admit the allegations in paragraph 130.

131.    Defendants admit the allegations in paragraph 131.

132.    Defendants admit the allegations in paragraph 132.

133.    Defendants admit the allegations in paragraph 133.

134.    Defendants admit the allegations in paragraph 134.

135.    Defendants admit the allegations in paragraph 135.

136.    Defendants deny the allegations in paragraph 136.

137.    Defendants admit the allegations in paragraph 137.

138.    Defendants admit the allegations in paragraph 138.

139.   Defendants admit the allegations in paragraph 139.

140.   Defendants admit the allegations in paragraph 140.

141.   Defendants admit the allegations in paragraph 141.

142.   Defendants admit the allegations in paragraph 142.

143.   Defendants admit the allegations in paragraph 143.

144.   Defendants admit the allegations in paragraph 144.

145.   Defendants admit the allegations in paragraph 145.

146.   Defendants admit the allegations in paragraph 146.

147.   Defendants admit the allegations in paragraph 147.

148.   Defendants admit the allegations in paragraph 148.

149.   Defendants admit the allegations in paragraph 149.

150.   Defendants admit the allegations in paragraph 150.

151.   Defendants admit the allegations in paragraph 151.

152.   Defendants admit the allegations in paragraph 152.

153.   Defendants admit the allegations in paragraph 153.

154.   Defendants admit the allegations in paragraph 154.

155.   Defendants admit the allegations in paragraph 155.

156.   Defendants admit the allegations in paragraph 156.

157.   Defendants admit the allegations in paragraph 157.

158.   Defendants admit the allegations in paragraph 158.

159.   Defendants admit the allegations in paragraph 159.

160.   Defendants admit the allegations in paragraph 160.

161.   Defendants admit the allegations in paragraph 161.

162.    Defendants admit the allegations in paragraph 162.

163.    Defendants admit the allegations in paragraph 163.

164.    Defendants admit the allegations in paragraph 164.

165.    Defendants admit the allegations in paragraph 165.

166.    Defendants admit the allegations in paragraph 166.

167.    Defendants admit the allegations in paragraph 167.

168.    Defendants admit the allegations in paragraph 168.

169.    Defendants admit the allegations in paragraph 169.

170.    Defendants admit the allegations in paragraph 170.

171.    Defendants admit the allegations in paragraph 171.

172.    Defendants admit the allegations in paragraph 172.

173.    Defendants admit the allegations in paragraph 173.

174.    Defendants admit the allegations in paragraph 174.

175.    Defendants admit the allegations in paragraph 175.

176.    Defendants admit the allegations in paragraph 176.

177.    Defendants admit the allegations in paragraph 177.

178.    Defendants admit the allegations in paragraph 178.

179.    Defendants admit the allegations in paragraph 179.

180.    Defendants admit the allegations in paragraph 180.

181.    Defendants admit the allegations in paragraph 181.

182.    Defendants admit the allegations in paragraph 182.

183.    Defendants admit the allegations in paragraph 183.

184.    Defendants admit the allegations in paragraph 184.

185.    Defendants admit the allegations in paragraph 185.

186.    Defendants admit the allegations in paragraph 186.

187.    Defendants admit the allegations in paragraph 187.

188.    Defendants admit the allegations in paragraph 188.

189.    Defendants admit the allegations in paragraph 189.

190.    Defendants admit the allegations in paragraph 190.

191.    Defendants admit the allegations in paragraph 191.

192.    Defendants admit the allegations in paragraph 192.

193.    Defendants admit the allegations in paragraph 193.

194.    Defendants admit the allegations in paragraph 194.

195.    Defendants admit the allegations in paragraph 195.

196.    Defendants admit the allegations in paragraph 196.

197.    Defendants admit the allegations in paragraph 197.

198.    Defendants admit the allegations in paragraph 198.

199.    Defendants admit the allegations in paragraph 199.

200.    Defendants admit the allegations in paragraph 200.

201.    Defendants admit the allegations in paragraph 201.

202.    Defendants admit the allegations in paragraph 202.

203.    Defendants admit the allegations in paragraph 203.

204.    Defendants admit the allegations in paragraph 204.

205.    Defendants admit the allegations in paragraph 205.

206.    Defendants admit the allegations in paragraph 206.

207.    Defendants admit the allegations in paragraph 207.

208.   Defendants admit the allegations in paragraph 208.

209.   Defendants admit the allegations in paragraph 209.

210.   Defendants admit the allegations in paragraph 210.

211.   Defendants admit the allegations in paragraph 211.

212.   Defendants admit the allegations in paragraph 212.

213.   Defendants admit the allegations in paragraph 213.

214.   Defendants admit the allegations in paragraph 214.

215.   Defendants deny the allegations in paragraph 215.

216.   Defendants admit the allegations in paragraph 216.

217.   Defendants admit the allegations in paragraph 217.

218.   Defendants admit the allegations in paragraph 218.

219.   Defendants deny the allegations in paragraph 219.

220.   Defendants deny the allegations in paragraph 220.

221.   Defendants admit the allegations in paragraph 221.

222.   Defendants admit the allegations in paragraph 222.

223.   Defendants admit the allegations in paragraph 223.

224.   Defendants admit the allegations in paragraph 224.

225.   Defendants admit the allegations in paragraph 225.

226.   Defendants admit the allegations in paragraph 226.

227.   Defendants admit the allegations in paragraph 227.

228.   Defendants admit the allegations in paragraph 228.

229.   Defendants admit the allegations in paragraph 229.

230.   Defendants admit the allegations in paragraph 230.

231.    Defendants admit the allegations in paragraph 231.

232.    Defendants deny the allegations in paragraph 232.

233.    Defendants deny the allegations in paragraph 233.

234.    Defendants admit the allegations in paragraph 234.

235.    Defendants admit the allegations in paragraph 235.

236.    Defendants admit the allegations in paragraph 236.

237.    Defendants admit the allegations in paragraph 237.

238.    Defendants admit the allegations in paragraph 238.

239.    Defendants admit the allegations in paragraph 239.

240.    Defendants admit the allegations in paragraph 240.

241.    Defendants deny the allegations in paragraph 241.

242.    Defendants deny the allegations in paragraph 242.

243.    Defendants admit the allegations in paragraph 243.

244.    Defendants admit the allegations in paragraph 244.

245.    Defendants admit the allegations in paragraph 245.

246.    Defendants admit the allegations in paragraph 246.

247.    Defendants admit the allegations in paragraph 247.

248.    Defendants admit the allegations in paragraph 248.

249.    Defendants admit the allegations in paragraph 249.

250.    Defendants admit the allegations in paragraph 250.

251.    Defendants admit the allegations in paragraph 251.

252.    Defendants admit the allegations in paragraph 252.

253.    Defendants admit the allegations in paragraph 253.

254.    Defendants admit the allegations in paragraph 254.

255.    Defendants admit the allegations in paragraph 255.

256.    Defendants admit the allegations in paragraph 256.

257.    Defendants admit the allegations in paragraph 257.

258.    Defendants admit the allegations in paragraph 258.

259.    Defendants admit the allegations in paragraph 259.

260.    Defendants admit the allegations in paragraph 260.

261.    Defendants admit the allegations in paragraph 261.

262.    Defendants admit the allegations in paragraph 262.

263.    Defendants admit the allegations in paragraph 263.

264.    Defendants admit the allegations in paragraph 264.

265.    Defendants admit the allegations in paragraph 265.

266.    Defendants admit the allegations in paragraph 266.

267.    Defendants admit the allegations in paragraph 267.

268.    Defendants admit the allegations in paragraph 268.

269.    Defendants admit the allegations in paragraph 269.

270.    Defendants admit the allegations in paragraph 270.

271.    Defendants admit the allegations in paragraph 271.

272.    Defendants admit the allegations in paragraph 272.

273.    Defendants admit the allegations in paragraph 273.

274.    Defendants admit the allegations in paragraph 274.

275.    Defendants admit the allegations in paragraph 275.

276.    Defendants admit the allegations in paragraph 276.

277.     Defendants admit the allegations in paragraph 277.

278.     Defendants deny the allegations in paragraph 278.

279.     Defendants deny the allegations in paragraph 279.

280.     Defendants admit the allegations in paragraph 280.

281.     Defendants admit the allegations in paragraph 281.

282.     Defendants admit the allegations in paragraph 282.

283.     Defendants admit the allegations in paragraph 283.

284.     Defendants admit the allegations in paragraph 284.

285.     Defendants admit the allegations in paragraph 285.

286.     Defendants admit the allegations in paragraph 286.

287.     Defendants admit the allegations in paragraph 287.

288.     Defendants admit the allegations in paragraph 288.

289.     Defendants admit the allegations in paragraph 289.

290.     Defendants admit the allegations in paragraph 290.

291.     Defendants deny the allegations in paragraph 291.

292.     Defendants deny the allegations in paragraph 292.

293.     Defendants admit the allegations in paragraph 293.

294.     Defendants admit the allegations in paragraph 294.

295.     Defendants admit the allegations in paragraph 295.

296.     Defendants admit the allegations in paragraph 296.

297.     Defendants admit the allegations in paragraph 297.

298.     Defendants admit the allegations in paragraph 298.

299.     Defendants admit the allegations in paragraph 299.

300.     Defendants admit the allegations in paragraph 300.

301.     Defendants admit the allegations in paragraph 301.

302.     Defendants admit the allegations in paragraph 302.

303.     Defendants admit the allegations in paragraph 303.

304.     Defendants admit the allegations in paragraph 304.

305.     Defendants admit the allegations in paragraph 305.

306.     Defendants admit the allegations in paragraph 306.

307.     Defendants admit the allegations in paragraph 307.

308.     Defendants admit the allegations in paragraph 308.

309.     Defendants admit the allegations in paragraph 309.

310.     Defendants admit the allegations in paragraph 310.

311.     Defendants admit the allegations in paragraph 311.

312.     Defendants admit the allegations in paragraph 312.

313.     Defendants admit the allegations in paragraph 313.

314.     Defendants admit the allegations in paragraph 314.

315.     Defendants admit the allegations in paragraph 315.

316.     Defendants admit the allegations in paragraph 316.

317.     Defendants admit the allegations in paragraph 317.

318.     Defendants admit the allegations in paragraph 318.

319.     Defendants admit the allegations in paragraph 319.

320.     Defendants admit the allegations in paragraph 320.

321.     Defendants admit the allegations in paragraph 321.

322.     Defendants admit the allegations in paragraph 322.

323.    Defendants admit the allegations in paragraph 323.

324.    Defendants admit the allegations in paragraph 324.

325.    Defendants admit the allegations in paragraph 325.

326.    Defendants admit the allegations in paragraph 326.

327.    Defendants admit the allegations in paragraph 327.

328.    Defendants admit the allegations in paragraph 328.

329.    Defendants admit the allegations in paragraph 329.

330.    Defendants admit the allegations in paragraph 330.

331.    Defendants admit the allegations in paragraph 331.

332.    Defendants admit the allegations in paragraph 332.

333.    Defendants admit the allegations in paragraph 333.

334.    Defendants admit the allegations in paragraph 334.

335.    Defendants admit the allegations in paragraph 335.

336.    Defendants admit the allegations in paragraph 336.

337.    Defendants admit the allegations in paragraph 337.

338.    Defendants admit the allegations in paragraph 338.

339.    Defendants admit the allegations in paragraph 339.

340.    Defendants admit the allegations in paragraph 340.

341.    Defendants admit the allegations in paragraph 341.

342.    Defendants admit the allegations in paragraph 342.

343.    Defendants admit the allegations in paragraph 343.

344.    Defendants admit the allegations in paragraph 344.

345.    Defendants admit the allegations in paragraph 345.

346.    Defendants admit the allegations in paragraph 346.

347.    Defendants admit the allegations in paragraph 347.

348.    Defendants admit the allegations in paragraph 348.

349.    Defendants admit the allegations in paragraph 349.

350.    Defendants admit the allegations in paragraph 350.

351.    Defendants admit the allegations in paragraph 351.

352.    Defendants admit the allegations in paragraph 352.

353.    Defendants admit the allegations in paragraph 353.

354.    Defendants admit the allegations in paragraph 354.

355.    Defendants admit the allegations in paragraph 355.

356.    Defendants admit the allegations in paragraph 356.

357.    Defendants admit the allegations in paragraph 357.

358.    Defendants admit the allegations in paragraph 358.

359.    Defendants admit the allegations in paragraph 359.

360.    Defendants admit the allegations in paragraph 360.

361.    Defendants admit the allegations in paragraph 361.

362.    Defendants admit the allegations in paragraph 362.

363.    Defendants admit the allegations in paragraph 363.

364.    Defendants admit the allegations in paragraph 364.

365.    Defendants admit the allegations in paragraph 365.

366.    Defendants admit the allegations in paragraph 366.

367.    Defendants admit the allegations in paragraph 367.

368.    Defendants admit the allegations in paragraph 368.

369.   Defendants admit the allegations in paragraph 369.

370.   Defendants admit the allegations in paragraph 370.

371.   Defendants admit the allegations in paragraph 371.

372.   Defendants admit the allegations in paragraph 372.

373.   Defendants admit the allegations in paragraph 372.

374.   Defendants admit the allegations in paragraph 374.

375.   Defendants admit the allegations in paragraph 375.

376.   Defendants admit the allegations in paragraph 376.

377.   Defendants admit the allegations in paragraph 377.

378.   Defendants admit the allegations in paragraph 378.

379.   Defendants admit the allegations in paragraph 379.

380.   Defendants admit the allegations in paragraph 380.

381.   Defendants admit the allegations in paragraph 381.

382.   Defendants admit the allegations in paragraph 382.

383.   Defendants admit the allegations in paragraph 383.

384.   Defendants admit the allegations in paragraph 384.

385.   Defendants admit the allegations in paragraph 385.

386.   Defendants admit the allegations in paragraph 386.

387.   Defendants admit the allegations in paragraph 387.

388.   Defendants admit the allegations in paragraph 388.

389.   Defendants admit the allegations in paragraph 389.

390.   Defendants admit the allegations in paragraph 390.

391.   Defendants admit the allegations in paragraph 391.

392.     Defendants admit the allegations in paragraph 392.

393.     Defendants admit the allegations in paragraph 393.

394.     Defendants admit the allegations in paragraph 394.

395.     Defendants admit the allegations in paragraph 395.

396.     Defendants admit the allegations in paragraph 396.

397.     Defendants admit the allegations in paragraph 397.

398.     Defendants admit the allegations in paragraph 398.

399.     Defendants admit the allegations in paragraph 399.

400.     Defendants admit the allegations in paragraph 400.

401.     Defendants admit the allegations in paragraph 401.

402.     Defendants admit the allegations in paragraph 402.

403.     Defendants admit the allegations in paragraph 403.

404.     Defendants admit the allegations in paragraph 404.

405.     Defendants admit the allegations in paragraph 405.

406.     Defendants admit the allegations in paragraph 406.

407.     Defendants admit the allegations in paragraph 407.

408.     Defendants admit the allegations in paragraph 408.

409.     Defendants admit the allegations in paragraph 409.

410.     Defendants admit the allegations in paragraph 410.

411.     Defendants admit the allegations in paragraph 411.

412.     Defendants admit the allegations in paragraph 412.

413.     Defendants admit the allegations in paragraph 413.

414.     Defendants admit the allegations in paragraph 414.

415.   Defendants admit the allegations in paragraph 415.

416.   Defendants admit the allegations in paragraph 416.

417.   Defendants admit the allegations in paragraph 417.

418.   Defendants admit the allegations in paragraph 418.

419.   Defendants admit the allegations in paragraph 419.

420.   Defendants admit the allegations in paragraph 420.

421.   Defendants admit the allegations in paragraph 421.

422.   Defendants admit the allegations in paragraph 422.

423.   Defendants admit the allegations in paragraph 423.

424.   Defendants admit the allegations in paragraph 424.

425.   Defendants admit the allegations in paragraph 425.

426.   Defendants admit the allegations in paragraph 426.

427.   Defendants admit the allegations in paragraph 427.

428.   Defendants admit the allegations in paragraph 428.

429.   Defendants admit the allegations in paragraph 429.

430.   Defendants admit the allegations in paragraph 430.

431.   Defendants admit the allegations in paragraph 431.

432.   Defendants admit the allegations in paragraph 432.

433.   Defendants admit the allegations in paragraph 433.

434.   Defendants admit the allegations in paragraph 434.

435.   Defendants admit the allegations in paragraph 435.

436.   Defendants admit the allegations in paragraph 436.

437.   Defendants admit the allegations in paragraph 437.

438.    Defendants admit the allegations in paragraph 438.

439.    Defendants admit the allegations in paragraph 439.

440.    Defendants admit the allegations in paragraph 440.

441.    Defendants admit the allegations in paragraph 441.

442.    Defendants admit the allegations in paragraph 442.

443.    Defendants admit the allegations in paragraph 443.

444.    Defendants admit the allegations in paragraph 444.

445.    Defendants admit the allegations in paragraph 445.

446.    Defendants admit the allegations in paragraph 446.

447.    Defendants admit the allegations in paragraph 447.

448.    Defendants admit the allegations in paragraph 448.

449.    Defendants admit the allegations in paragraph 449.

450.    Defendants admit the allegations in paragraph 450.

451.    Defendants admit the allegations in paragraph 451.

452.    Defendants admit the allegations in paragraph 452.

453.    Defendants admit the allegations in paragraph 453.

454.    Defendants admit the allegations in paragraph 454.

455.    Defendants admit the allegations in paragraph 455.

456.    Defendants admit the allegations in paragraph 456.

457.    Defendants admit the allegations in paragraph 457.

458.    Defendants admit the allegations in paragraph 458.

459.    Defendants admit the allegations in paragraph 459.

460.    Defendants admit the allegations in paragraph 460.

461.    Defendants admit the allegations in paragraph 461.

462.    Defendants admit the allegations in paragraph 462.

463.    Defendants admit the allegations in paragraph 463.

464.    Defendants admit the allegations in paragraph 464.

465.    Defendants admit the allegations in paragraph 465.

466.    Defendants admit the allegations in paragraph 466.

467.    Defendants admit the allegations in paragraph 467.

468.    Defendants admit the allegations in paragraph 468.

469.    Defendants admit the allegations in paragraph 469.

470.    Defendants admit the allegations in paragraph 470.

471.    Defendants admit the allegations in paragraph 471.

472.    Defendants admit the allegations in paragraph 472.

473.    Defendants admit the allegations in paragraph 473.

474.    Defendants admit the allegations in paragraph 474.

475.    Defendants admit the allegations in paragraph 475.

476.    Defendants admit the allegations in paragraph 476.

477.    Defendants admit the allegations in paragraph 477.

478.    Defendants admit the allegations in paragraph 478.

479.    Defendants admit the allegations in paragraph 479.

480.    Defendants admit the allegations in paragraph 480.

481.    Defendants admit the allegations in paragraph 481.

482.    Defendants admit the allegations in paragraph 482.

483.    Defendants admit the allegations in paragraph 483.

484.    Defendants admit the allegations in paragraph 484.

485.    Defendants admit the allegations in paragraph 484.

486.    Defendants admit the allegations in paragraph 486.

487.    Defendants admit the allegations in paragraph 487.

488.    Defendants admit the allegations in paragraph 488.

489.    Defendants admit the allegations in paragraph 489.

490.    Defendants admit the allegations in paragraph 490.

491.    Defendants admit the allegations in paragraph 491.

492.    Defendants admit the allegations in paragraph 492.

493.    Defendants admit the allegations in paragraph 493.

494.    Defendants deny the allegations in paragraph 200.

495.    Defendants admit the allegations in paragraph 495.

496.    Defendants admit the allegations in paragraph 496.

497.    Defendants admit the allegations in paragraph 497.

498.    Defendants deny the allegations in paragraph 498.

499.    Defendants admit the allegations in paragraph 499.

500.    Defendants admit the allegations in paragraph 500.

501.    Defendants admit the allegations in paragraph 501.

502.    Defendants deny the allegations in paragraph 502.

503.    Defendants deny the allegations in paragraph 503.

504.    Defendants admit the allegations in paragraph 504.

505.    Defendants admit the allegations in paragraph 505.

506.    Defendants admit the allegations in paragraph 506.

507.    Defendants admit the allegations in paragraph 507.

508.    Defendants admit the allegations in paragraph 508.

509.    Defendants admit the allegations in paragraph 509.

510.    Defendants admit the allegations in paragraph 510.

511.    Defendants admit the allegations in paragraph 511.

512.    Defendants admit the allegations in paragraph 512.

513.    Defendants admit the allegations in paragraph 513.

514.    Defendants admit the allegations in paragraph 514.

515.    Defendants admit the allegations in paragraph 515.

516.    Defendants admit the allegations in paragraph 516.

517.    Defendants admit the allegations in paragraph 517.

518.    Defendants admit the allegations in paragraph 518.

519.    Defendants admit the allegations in paragraph 519.

520.    Defendants admit the allegations in paragraph 520.

521.    Defendants admit the allegations in paragraph 521.

522.    Defendants admit the allegations in paragraph 522.

523.    Defendants deny the allegations in paragraph 523.

524.    Defendants deny the allegations in paragraph 524.

525.    Defendants admit the allegations in paragraph 525.

526.    Defendants admit the allegations in paragraph 526.

527.    Defendants admit the allegations in paragraph 527.

528.    Defendants admit the allegations in paragraph 528.

529.    Defendants admit the allegations in paragraph 529.

530.    Defendants admit the allegations in paragraph 530.

531.    Defendants admit the allegations in paragraph 531.

532.    Defendants admit the allegations in paragraph 532.

533.    Defendants admit the allegations in paragraph 533.

534.    Defendants admit the allegations in paragraph 534.

535.    Defendants admit the allegations in paragraph 535.

536.    Defendants deny the allegations in paragraph 536.

537.    Defendants deny the allegations in paragraph 537.

538.    Defendants admit the allegations in paragraph 538.

539.    Defendants admit the allegations in paragraph 539.

540.    Defendants admit the allegations in paragraph 540.

541.    Defendants admit the allegations in paragraph 541.

542.    Defendants admit the allegations in paragraph 542.

543.    Defendants admit the allegations in paragraph 543.

544.    Defendants admit the allegations in paragraph 544.

545.    Defendants admit the allegations in paragraph 545.

546.    Defendants admit the allegations in paragraph 546.

547.    Defendants admit the allegations in paragraph 547.

548.    Defendants admit the allegations in paragraph 548.

549.    Defendants admit the allegations in paragraph 549.

550.    Defendants admit the allegations in paragraph 550.

551.    Defendants admit the allegations in paragraph 551.

552.    Defendants admit the allegations in paragraph 552.

553.    Defendants deny the allegations in paragraph 553.

554.    Defendants deny the allegations in paragraph 554.

555.    Defendants admit the allegations in paragraph 555.

556.    Defendants admit the allegations in paragraph 556.

557.    Defendants admit the allegations in paragraph 557.

558.    Defendants admit the allegations in paragraph 558.

559.    Defendants admit the allegations in paragraph 559.

560.    Defendants admit the allegations in paragraph 560.

561.    Defendants admit the allegations in paragraph 561.

562.    Defendants admit the allegations in paragraph 562.

563.    Defendants admit the allegations in paragraph 563.

564.    Defendants admit the allegations in paragraph 564.

565.    Defendants admit the allegations in paragraph 565.

566.    Defendants admit the allegations in paragraph 566.

567.    Defendants admit the allegations in paragraph 567.

568.    Defendants admit the allegations in paragraph 568.

569.    Defendants admit the allegations in paragraph 569.

570.    Defendants admit the allegations in paragraph 570.

571.    Defendants admit the allegations in paragraph 571.

572.    Defendants admit the allegations in paragraph 572.

573.    Defendants admit the allegations in paragraph 573.

574.    Defendants admit the allegations in paragraph 574.

575.    Defendants admit the allegations in paragraph 575.

576.    Defendants admit the allegations in paragraph 576.

577.    Defendants admit the allegations in paragraph 577.

578.    Defendants admit the allegations in paragraph 578.

579.    Defendants admit the allegations in paragraph 579.

580.    Defendants admit the allegations in paragraph 580.

581.    Defendants admit the allegations in paragraph 581.

582.    Defendants admit the allegations in paragraph 582.

583.    Defendants admit the allegations in paragraph 583.

584.    Defendants admit the allegations in paragraph 584.

585.    Defendants admit the allegations in paragraph 585.

586.    Defendants admit the allegations in paragraph 586.

587.    Defendants admit the allegations in paragraph 587.

588.    Defendants admit the allegations in paragraph 588.

589.    Defendants admit the allegations in paragraph 589.

590.    Defendants admit the allegations in paragraph 590.

591.    Defendants admit the allegations in paragraph 591.

592.    Defendants admit the allegations in paragraph 592.

593.    Defendants admit the allegations in paragraph 593.

594.    Defendants admit the allegations in paragraph 594.

595.    Defendants admit the allegations in paragraph 595.

596.    Defendants admit the allegations in paragraph 596.

597.    Defendants admit the allegations in paragraph 597.

598.    Defendants admit the allegations in paragraph 598.

599.    Defendants admit the allegations in paragraph 599.

600.    Defendants admit the allegations in paragraph 600.

601.    Defendants admit the allegations in paragraph 601.

602.    Defendants admit the allegations in paragraph 602.

603.    Defendants admit the allegations in paragraph 603.

604.    Defendants admit the allegations in paragraph 604.

605.    Defendants admit the allegations in paragraph 605.

606.    Defendants admit the allegations in paragraph 606.

607.    Defendants admit the allegations in paragraph 607.

608.    Defendants admit the allegations in paragraph 608.

609.    Defendants admit the allegations in paragraph 609.

610.    Defendants admit the allegations in paragraph 610.

611.    Defendants admit the allegations in paragraph 611.

612.    Defendants admit the allegations in paragraph 612.

613.    Defendants admit the allegations in paragraph 613.

614.    Defendants admit the allegations in paragraph 614.

615.    Defendants admit the allegations in paragraph 615.

616.    Defendants admit the allegations in paragraph 616.

617.    Defendants deny the allegations in paragraph 617.

618.    Defendants admit the allegations in paragraph 618.

619.    Defendants admit the allegations in paragraph 619.

620.    Defendants admit the allegations in paragraph 620.

621.    Defendants admit the allegations in paragraph 621.

622.    Defendants admit the allegations in paragraph 622.

623.    Defendants admit the allegations in paragraph 623.

624.    Defendants admit the allegations in paragraph 604.

625.    Defendants admit the allegations in paragraph 625.

626.    Defendants deny the allegations in paragraph 626.

627.    Defendants admit the allegations in paragraph 627.

628.    Defendants admit the allegations in paragraph 628.

629.    Defendants repeat and reallege the preceding paragraphs and responses as if set out fully herein.

630.    Defendants admit the allegations in paragraph 630.

631.    Defendants admit the allegations in paragraph 631.

632.    Defendants admit the allegations in paragraph 632.

633.    Defendants admit the allegations in paragraph 633.

634.    Defendants admit the allegations in paragraph 634.

635.    Defendants admit the allegations in paragraph 635.

636.    Defendants admit the allegations in paragraph 636.

637.    Defendants admit the allegations in paragraph 637.

638.    Defendants deny the allegations in paragraph 632.

639.    Defendants admit the allegations in paragraph 639.

640.    Defendants repeat and reallege the preceding paragraphs and responses as if set out fully herein.

641.    Defendants admit the allegations in paragraph 641.

642.    Defendants deny the allegations in paragraph 642.

643.     Defendants deny the allegations in paragraph 643.

644.     Defendants deny the allegations in paragraph 644.

645.     Defendants deny the allegations in paragraph 645.

646.     Defendants deny the allegations in paragraph 646.

647.     Defendants deny the allegations in paragraph 647.

648.     Defendants deny the allegations in paragraph 648.

649.     Defendants repeat and reallege the preceding paragraphs and responses as if set out fully herein.

650.     Defendants admit the allegations in paragraph 650.

651.     Defendants admit the allegations in paragraph 651.

652.     Defendants deny the allegations in paragraph 652.

653.     Defendants deny the allegations in paragraph 653.

654.     Defendants admit the allegations in paragraph 654.

655.     Defendants admit the allegations in paragraph 655.

656.     Any allegation not specifically admitted shall be deemed denied.

## DEFENSES

1.     The foregoing admissions and concessions are premised upon the United States' ability to establish compliance with the notice and service provisions of Surface Mining Control and Reclamation Act of 1977.  To the extent, notice and service were not proper, Defendants reserve their right to amend this Answer.

2.     Certain claims may be barred by the applicable statute of limitations.  Defendants reserve their right to amend this Answer should it be established in discovery that the United States claims did not accrue on or before May 30, 2018.  *See e.g., U.S. v. Core Laboratories,*

*Inc.,* 759 F.2d 480 (5th Cir. 1985).

3.      The Defendants have not actively mined the properties and permits subject to this enforcement action since 2017.  Give the nature of the violations, the Defendant's lack of active mining and attendant financial positions, and the amount of assessed penalties, the Defendants asset that penalties assessed violate the Excessive Fines Clause of the Eighth Amendment of the United States Constitution.  The individual penalties constitute a punishment on Defendant Justice given the facts of this case. Moreover, the remedial scheme at issue incentives the United States on imposing excessive individual penalties as a means of generating revenue.

4.      Defendants reserve the right to amend their Answer after receipt of discovery from the United States.

WHEREFORE, Defendants respectfully requests Judgment in their favor herein as follows:

A.      The dismissal of the Complaint on all claims against them, with prejudice;

B.      A trial by jury on all Counts asserted in the Complaint and all claims and defenses asserted by the Defendants; and

C.      Such other and further relief to which the Defendants are entitled in addition to the costs and disbursements of this action.

Respectfully submitted,

A&G COAL CORP., et at.

By:  /s/      Aaron Balla Houchens
                    Of Counsel

Aaron B. Houchens, Esq. (VSB #80489)
AARON B. HOUCHENS, P.C.
111 East Main Street
P.O. Box 1250
Salem, Virginia 24153
540-389-4498 (telephone)
540-339-3903 (facsimile)
aaron@houchenslaw.com

 *Counsel for Defendants*

## CERTIFICATE OF SERVICE

 I hereby certify that on July 31, 2023, a true and accurate copy of the foregoing was

provided to the following via the Court's CM/ECF electronic filing system:

Krista Consiglio Frith
United States Attorneys Office - Roanoke
Western District of Virginia
310 First Street, SW, Suite 906
Roanoke, VA 24008
Tel.: 540-857-2956
Fax: 540-857-2283
Krista.Frith@usdoj.gov

     /s/ Aaron Balla Houchens