IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:23-cv-00318 |
| ) | |
| v. ) | |
| ) | |
| A & G COAL CORP., BLUESTONE COAL ) | |
| CORP., BLUESTONE OIL CORP., ) | |
| CHESTNUT LAND HOLDINGS, LLC, ) | |
| DYNAMIC ENERGY, INC., FRONTIER ) | |
| COAL CO., JUSTICE ENERGY CO., ) | |
| KENTUCKY FUEL CORP., NATIONAL ) | |
| COAL, LLC, PAY CAR MINING, INC., ) | |
| PREMIUM COAL COMPANY, INC., S AND ) | |
| H MINING, INC., TAMS MANAGEMENT, ) | |
| INC., AND JAMES C. JUSTICE, III, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO COMPEL

Upon consideration of Plaintiff the United States of America's Motion to Compel (Dkt. 25) and the discovery conference held with the undersigned magistrate judge on November 9, 2023, the Court GRANTS Plaintiff's Motion to Compel.

Defendants are hereby ORDERED to comply with and respond fully to all outstanding discovery requests served on September 22, 2023, and referenced in Plaintiff's Motion to Compel, no later than November 17, 2023. The failure of the Defendants to comply with this order may give rise to appropriate sanctions, including but not limited to, those available under FRCP 37.

IT IS SO ORDERED.

Entered: November 13, 2023

*C. Kailani Memmer*

C. Kailani Memmer
United States Magistrate Judge