IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:23-cv-00318-RSB-CKM |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| A & G COAL CORP., BLUESTONE COAL | ) | |
| CORP., BLUESTONE OIL CORP., | ) | |
| CHESTNUT LAND HOLDINGS, LLC, | ) | |
| DYNAMIC ENERGY, INC., FRONTIER | ) | |
| COAL CO., JUSTICE ENERGY CO., | ) | |
| KENTUCKY FUEL CORP., NATIONAL | ) | |
| COAL, LLC, PAY CAR MINING, INC., | ) | |
| PREMIUM COAL COMPANY, INC., S AND | ) | |
| H MINING, INC., TAMS MANAGEMENT, | ) | |
| INC., AND JAMES C. JUSTICE, III, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT

The parties filed a Joint Stipulation for Consent Judgment. Defendants A & G Coal Corp.,

Bluestone Coal Corp., Bluestone Oil Corp., Chestnut Land Holdings, LLC, Dynamic Energy, Inc.,

Frontier Coal Co., Justice Energy Co., Kentucky Fuel Corp., Pay Car Mining, Inc., and Tams

Management, Inc. (collectively the "Defendants") agree and stipulate that they are liable to the

United States for the claims in Count III of the Complaint (ECF No. 1). Judgment is HEREBY

entered against the Defendants on Count III of the United States' Complaint in the amount of

$189,586.34 plus interest, late payment penalties, and administrative expenses, as calculated to the

date of payment pursuant to 30 C.F.R. § 870.21 and 31 C.F.R. § 901.9.

IT IS SO ORDERED.

1

2

ENTERED this ____21____ day of November, 2023.


_Robert S. Ballou_
ROBERT S. BALLOU
UNITED STATES DISTRICT JUDGE