**Table of Corporate Penalties Sought in Count I**

Exhibit A

|   | Penalty | Company | Compl. ¶¶ | NOPA Served | Final Order Date | Unpaid Principal Sought |
|---|---|---|---|---|---|---|
| 1 | N18-090-281-002 | Premium Coal | 60-72 | 5/1/2018 | 5/31/2018 | $6,559 |
| 2 | C18-090-281-002 | Premium Coal | 60-72 | 7/10/2018 | 8/9/2018 | $73,800 |
| 3 | N18-090-560-003 | Premium Coal | 73-76 | 6/7/2018 | 7/9/2018 | $6,559 |
| 4 | N18-090-560-005 | Premium Coal | 77-84 | 6/8/2018 | 7/10/2018 | $3,936 |
| 5 | C18-090-560-003 | Premium Coal | 77-84 | 8/22/2018 | 9/21/2018 | $73,800 |
| 6 | N18-090-534-008 | Premium Coal | 85-92 | 9/12/2018 | 10/12/2018 | $6,559 |
| 7 | C18-090-534-003 | Premium Coal | 85-92 | 10/19/2018 | 11/19/2018 | $73,800 |
| 8 | N18-090-546-004 | Premium Coal | 93-105 | 12/3/2018 | 1/28/2019 | $9,840 |
| 9 | C19-090-546-001 | Premium Coal | 93-105 | 3/15/2019 | 4/15/2019 | $73,800 |
| 10 | N19-090-534-002 | Premium Coal | 106-123 | 3/18/2019 | 4/17/2019 | $9,185 |
| 11 | C19-090-534-001 | Premium Coal | 106-123 | 4/30/2019 | 5/30/2019 | $75,660 |
| 12 | N19-090-546-004 | Premium Coal | 124-136 | 7/15/2019 | 8/14/2019 | $11,771 |
| 13 | C19-090-546-004 | Premium Coal | 124-136 | 9/24/2019 | 10/24/2019 | $75,660 |
| 14 | N20-090-546-003 | Premium Coal | 137-140 | 6/20/2020 | 7/20/2020 | $5,819 |
| 15 | N20-090-546-006 | Premium Coal | 141-150 | 2/16/2021 | 6/9/2021 | $28,405 |
| 16 | C20-090-546-008 | Premium Coal | 141-150 | 1/25/2021 | 6/9/2021 | $76,980 |
| 17 | N21-090-461-003 | Premium Coal | 151-154 | 5/25/2021 | 6/24/2021 | $8,555 |
| 18 | N22-090-461-001 | Premium Coal | 155-162 | 3/25/2022 | 4/25/2022 | $7,734 |
| 19 | C22-090-461-003 | Premium Coal | 155-162 | 10/22/2022 | 11/21/2022 | $82,740 |
| 20 | N22-090-546-001 | Premium Coal | 163-166 | 7/7/2022 | 8/8/2022 | $6,254 |
| 21 | N22-090-461-003 | Premium Coal | 167-170 | 7/18/2022 | 8/17/2022 | $7,726 |
| 22 | N22-090-534-005 | Premium Coal | 171-174 | 8/5/2022 | 9/6/2022 | $7,726 |
| 23 | N22-090-546-004 | Premium Coal | 175-182 | 7/18/2022 | 8/17/2022 | $8,827 |
| 24 | C22-090-546-004 | Premium Coal | 175-182 | 8/25/2022 | 9/26/2022 | $82,740 |
| 25 | C20-090-461-001 | Premium Coal | 183-186 | 3/6/2020 | 4/6/2020 | $13,451 |
| 26 | C20-090-546-002 | Premium Coal | 187-190 | 3/6/2020 | 4/6/2020 | $16,815 |
| 27 | C20-090-546-001 | Premium Coal | 191-194 | 3/9/2020 | 4/8/2020 | $11,443 |
| 28 | C20-090-546-007 | Premium Coal | 195-199 | 2/24/2021 | 6/9/2021 | $8,898 |
| 29 | C21-090-535-005 | Premium Coal | 200-203 | 5/10/2021 | 6/9/2021 | $76,980 |
| 30 | N18-090-281-001 | Premium Coal | 204-220 | 5/1/2018 | 5/31/2018 | $4,592 |
| 31 | C18-090-281-001 | Premium Coal | 204-220 | 7/10/2018 | 8/9/2018 | $147,600 |
| 32 | N18-090-171-001 | Premium Coal | 221-233 | 5/1/2018 | 5/31/2018 | $17,056 |
| 33 | C18-090-171-001 | Premium Coal | 221-233 | 5/21/2018 | 6/20/2018 | $147,600 |
| 34 | C18-090-171-002 | Premium Coal | 234-242 | 6/7/2018 | 7/9/2018 | $73,800 |

*Shading indicates penalties that relate to the same underlying violation(s).

**Table of Corporate Penalties Sought in Count I**

|    | Penalty | Company | Compl. ¶¶ | NOPA Served | Final Order Date | Unpaid Principal Sought |
|----|---------|---------|-----------|-------------|------------------|-------------------------|
| 35 | C19-090-546-003 | Premium Coal | 243-248 | 3/18/2019 | 4/17/2019 | $6,232 |
| 36 | C19-009-999-002 | Premium Coal | 243-248 | 6/12/2019 | | $75,660 |
| 37 | C19-090-546-002 | Premium Coal | 249-254 | 3/29/2019 | 4/29/2019 | $14,760 |
| 38 | C19-009-999-001 | Premium Coal | 249-254 | 6/12/2019 | | $75,660 |
| 39 | C19-090-534-002 | Premium Coal | 255-258 | 5/6/2019 | 6/5/2019 | $75,660 |
| 40 | N18-090-546-002 | Premium Coal | 259-262 | 5/1/2018 | 5/31/2018 | $11,808 |
| 41 | N18-090-534-004 | Premium Coal | 263-266 | 6/7/2018 | 7/9/2018 | $4,920 |
| 42 | N18-090-546-003 | Premium Coal | 267-279 | 6/25/2018 | 7/25/2018 | $6,559 |
| 43 | C18-090-546-001 | Premium Coal | 267-279 | 8/13/2018 | 9/12/2018 | $73,800 |
| 44 | N18-090-534-005 | Premium Coal | 280-292 | 7/2/2018 | 8/1/2018 | $3,936 |
| 45 | C18-090-534-001 | Premium Coal | 280-292 | 8/6/2018 | 9/5/2018 | $73,800 |
| 46 | N18-090-560-008 | Premium Coal | 293-300 | 12/18/2018 | 1/28/2019 | $7,872 |
| 47 | C19-090-560-001 | Premium Coal | 293-300 | 3/11/2019 | 4/10/2019 | $73,800 |
| 48 | N19-090-546-001 | Premium Coal | 301-304 | 2/11/2019 | 3/13/2019 | $13,448 |
| 49 | N20-090-546-002 | Premium Coal | 305-308 | 2/4/2020 | 3/5/2020 | $43,382 |
| 50 | N20-090-534-007 | Premium Coal | 309-312 | 2/10/2020 | 3/11/2020 | $12,106 |
| 51 | N20-090-535-009 | Premium Coal | 313-316 | 6/30/2020 | 7/30/2020 | $5,819 |
| 52 | N20-090-461-009 | Premium Coal | 317-320 | 6/22/2020 | 7/22/2020 | $5,380 |
| 53 | N20-090-535-015 | Premium Coal | 321-330 | 9/22/2020 | 2/18/2021 | $5,819 |
| 54 | C20-090-535-012 | Premium Coal | 321-330 | 12/14/2020 | 3/5/2021 | $76,980 |
| 55 | N22-090-546-002 | Premium Coal | 331-334 | 7/18/2022 | 8/17/2022 | $15,080 |
| 56 | N19-090-534-001 | Premium Coal | 335-338 | 3/29/2019 | 4/29/2019 | $5,904 |
| 57 | N19-090-461-007 | Premium Coal | 339-346 | 9/30/2019 | 10/30/2019 | $1,681 |
| 58 | C19-090-461-004 | Premium Coal | 339-346 | 11/6/2019 | 12/6/2019 | $75,660 |
| 59 | N20-090-535-011 | Premium Coal | 347-350 | 12/16/2020 | 1/15/2021 | $5,819 |
| 60 | N20-090-461-004 | Premium Coal | 351-354 | 4/14/2020 | 5/14/2020 | $12,106 |
| 61 | N20-090-535-016 | Premium Coal | 355-359 | 11/9/2020 | 2/18/2021 | $5,475 |
| 62 | N22-090-534-008 | Premium Coal | 360-363 | 11/7/2022 | 12/7/2022 | $4,414 |
| 63 | N22-090-461-005 | Premium Coal | 364-371 | 10/4/2022 | 11/3/2022 | $11,400 |
| 64 | C22-090-461-005 | Premium Coal | 364-371 | 11/17/2022 | 12/19/2022 | $82,740 |
| 65 | C22-090-461-006 | Premium Coal | 372-375 | 11/7/2022 | 12/7/2022 | $82,740 |
| 66 | N18-090-535-001 | National Coal | 376-387 | 5/1/2018 | 5/31/2018 | $10,497 |
| 67 | C18-090-535-001 | National Coal | 376-387 | 5/29/2018 | 6/28/2018 | $73,800 |
| 68 | C18-090-535-002 | National Coal | 376-387 | 8/6/2018 | 9/5/2018 | $147,600 |

*Shading indicates penalties that relate to the same underlying violation(s).

**Table of Corporate Penalties Sought in Count I**

|  | Penalty | Company | Compl. ¶¶ | NOPA Served | Final Order Date | Unpaid Principal Sought |
|---|---|---|---|---|---|---|
| 69 | N18-090-560-006 | National Coal | 388-395 | 7/27/2018 | 8/27/2018 | $9,840 |
| 70 | C18-090-560-004 | National Coal | 388-395 | 8/30/2018 | 10/1/2018 | $73,800 |
| 71 | N19-090-461-001 | National Coal | 396-403 | 3/4/2019 | 4/3/2019 | $7,216 |
| 72 | C19-090-461-002 | National Coal | 396-403 | 5/13/2019 | 6/12/2019 | $75,660 |
| 73 | N19-090-535-001 | National Coal | 404-411 | 4/15/2019 | 5/15/2019 | $15,089 |
| 74 | C19-090-535-002 | National Coal | 404-411 | 5/28/2019 | 6/27/2019 | $75,660 |
| 75 | N19-090-461-003 | National Coal | 412-415 | 6/14/2019 | 7/15/2019 | $6,389 |
| 76 | N19-090-461-006 | National Coal | 416-423 | 9/30/2019 | 10/30/2019 | $6,724 |
| 77 | C19-090-461-003 | National Coal | 416-423 | 11/12/2019 | 12/12/2019 | $75,660 |
| 78 | N19-090-560-001 | National Coal | 424-431 | 1/21/2020 | 2/20/2020 | $8,071 |
| 79 | C20-090-560-001 | National Coal | 424-431 | 3/9/2020 | 4/8/2020 | $75,660 |
| 80 | N20-090-535-002 | National Coal | 432-435 | 2/20/2020 | 3/11/2020 | $5,380 |
| 81 | N20-090-461-016 | National Coal | 436-439 | 9/17/2020 | 10/19/2020 | $4,449 |
| 82 | N20-090-461-015 | National Coal | 440-453 | 9/22/2020 | 10/22/2020 | $6,502 |
| 83 | C20-090-461-020 | National Coal | 440-453 | 12/4/2020 | 3/3/2021 | $76,980 |
| 84 | C20-090-461-018 | National Coal | 440-453 | 10/26/2020 | 3/3/2021 | $23,094 |
| 85 | C20-090-461-005 | National Coal | 454-457 | 7/7/2020 | 8/6/2020 | $6,502 |
| 86 | C20-090-461-013 | National Coal | 458-462 | 9/17/2020 | 2/18/2021 | $10,264 |
| 87 | C18-090-461-002 | National Coal | 463-466 | 8/2/2018 | 9/4/2018 | $73,800 |
| 88 | C18-090-560-002 | National Coal | 467-470 | 5/10/2018 | 6/11/2018 | $73,800 |
| 89 | N18-090-281-003 | National Coal | 471-478 | 5/1/2018 | 5/31/2018 | $6,559 |
| 90 | C18-090-281-003 | National Coal | 471-478 | 7/16/2018 | 8/15/2018 | $73,800 |
| 91 | N18-090-560-004 | National Coal | 479-482 | 6/7/2018 | 7/9/2018 | $6,559 |
| 92 | N18-090-171-004 | National Coal | 483-503 | 7/20/2018 | 8/20/2018 | $26,600 |
| 93 | C18-090-171-004 | National Coal | 483-503 | 8/24/2018 | 9/24/2018 | $221,400 |
| 94 | N18-090-461-005 | National Coal | 504-511 | 7/20/2018 | 8/20/2018 | $3,936 |
| 95 | C18-090-461-003 | National Coal | 504-511 | 9/4/2018 | 10/4/2018 | $147,600 |
| 96 | N18-090-171-003 | National Coal | 512-524 | 7/27/2018 | 8/27/2018 | $9,512 |
| 97 | C18-090-171-003 | National Coal | 512-524 | 8/17/2018 | 9/17/2018 | $73,800 |
| 98 | N18-090-535-006 | National Coal | 525-537 | 9/4/2018 | 10/4/2018 | $8,529 |
| 99 | C18-090-535-003 | National Coal | 525-537 | 10/4/2018 | 11/5/2018 | $73,800 |
| 100 | N18-090-560-007 | National Coal | 538-541 | 10/1/2018 | 10/31/2018 | $6,232 |
| 101 | N18-090-535-008 | National Coal | 542-554 | 2/19/2019 | 3/21/2019 | $21,976 |
| 102 | C19-090-535-001 | National Coal | 542-554 | 3/18/2019 | 4/17/2019 | $147,600 |

*Shading indicates penalties that relate to the same underlying violation(s).

**Table of Corporate Penalties Sought in Count I**

|  | Penalty | Company | Compl. ¶¶ | NOPA Served | Final Order Date | Unpaid Principal Sought |
|---|---|---|---|---|---|---|
| 103 | N21-090-535-011 | National Coal | 555-558 | 12/23/2021 | 1/24/2022 | $5,888 |
| 104 | N20-090-461-007 | National Coal | 559-562 | 6/22/2020 | 7/22/2020 | $7,063 |
| 105 | N21-090-461-001 | National Coal | 563-571 | 3/8/2021 | 6/9/2021 | $4,106 |
| 106 | C21-090-461-002 | National Coal | 563-571 | 5/13/2021 | 6/14/2021 | $76,980 |
| 107 | C22-090-461-007 | National Coal | 572-575 | 11/18/2022 | 12/19/2022 | $9,930 |
| 108 | N22-090-461-007 | National Coal | 576-579 | 10/27/2022 | 11/28/2022 | $5,150 |
| 109 | N22-090-461-008 | National Coal | 580-583 | 11/7/2022 | 12/7/2022 | $9,195 |
| 110 | N18-090-534-007 | S+H Mining | 584-591 | 9/12/2018 | 10/12/2018 | $3,936 |
| 111 | C18-090-534-002 | S+H Mining | 584-591 | 10/19/2018 | 11/19/2018 | $73,800 |
| 112 | N21-090-534-009 | S+H Mining | 592-595 | 1/22/2022 | 2/21/2022 | $4,848 |
| 113 | N21-090-534-010 | S+H Mining | 596-599 | 1/22/2022 | 2/21/2022 | $4,848 |
| 114 | N22-090-534-004 | S+H Mining | 600-607 | 8/17/2022 | 9/16/2022 | $4,414 |
| 115 | C22-090-534-002 | S+H Mining | 600-607 | 10/3/2022 | 11/2/2022 | $82,740 |
|  |  |  |  |  | Total | $4,376,328 |

*Shading indicates penalties that relate to the same underlying violation(s).