## Table of Individual Civil Penalties Sought in Count II

Exhibit B

| | Penalty | Associated Corporate Penalties | Compl. ¶¶ | NOPA Served | Final Order Date | Unpaid Principal Sought |
|---|---|---|---|---|---|---|
| 1 | I18-090-000-006 | N18-090-281-002; C18-090-281-002 | 60-72 | 10/14/2018 | 11/13/2018 | $23,210 |
| 2 | I19-090-000-022 | N18-090-546-004; C19-090-546-001 | 93-105 | 6/10/2019 | 7/10/2019 | $3,155 |
| 3 | I19-090-000-024 | N19-090-534-002; C19-090-534-001 | 106-123 | 6/10/2019 | 7/10/2019 | $4,970 |
| 4 | I19-090-000-029 | N19-090-546-004; C19-090-546-004 | 124-136 | 12/16/2019 | 1/15/2020 | $16,478 |
| 5 | I18-090-000-013 | N18-090-281-001; C18-090-281-001 | 204-220 | 12/7/2018 | 3/15/2019 | $195,530 |
| 6 | I18-090-000-014 | N18-090-281-001; C18-090-281-001 | 204-220 | 12/7/2018 | 3/15/2019 | $5,830 |
| 7 | I18-090-000-007 | N18-090-171-001; C18-090-171-001 | 221-233 | 9/17/2018 | 10/17/2018 | $17,886 |
| 8 | I18-090-000-008 | N18-090-171-001; C18-090-171-001 | 221-233 | 9/17/2018 | 10/17/2018 | $8,484 |
| 9 | I18-090-000-009 | C18-090-171-002 | 234-242 | 10/29/2018 | 2/15/2019 | $7,788 |
| 10 | I18-090-000-018 | N18-090-546-003; C18-090-546-001 | 267-279 | 12/21/2018 | 3/31/2019 | $1,037,685 |
| 11 | I19-090-000-023 | N18-090-534-005; C18-090-534-001 | 280-292 | 6/10/2019 | 7/10/2019 | $13,283 |
| 12 | I18-090-000-010 | N18-090-171-004; C18-090-171-004 | 483-503 | 10/29/2018 | 12/31/2018 | $35,871 |
| 13 | I18-090-000-011 | N18-090-171-004; C18-090-171-004 | 483-503 | 10/29/2018 | 12/31/2018 | $8,989 |
| 14 | I18-090-000-012 | N18-090-171-004; C18-090-171-004 | 483-503 | 10/29/2018 | 12/31/2018 | $6,606 |
| 15 | I18-090-000-017 | N18-090-171-003; C18-090-171-003 | 512-524 | 12/26/2018 | 3/15/2019 | $7,150 |
| 16 | I18-090-000-015 | N18-090-535-006; C18-090-535-003 | 525-537 | 12/26/2018 | 4/30/2019 | $8,257 |
| 17 | I19-090-000-030 | N18-090-535-008; C19-090-535-001 | 542-554 | 12/16/2019 | 1/15/2020 | $14,269 |

**Table of Individual Civil Penalties Sought in Count II**

| | Penalty | Associated Corporate Penalties | Compl. ¶¶ | NOPA Served | Final Order Date | Unpaid Principal Sought |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | Total | $1,415,441 |