

United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902

**Exhibit F-1**



September 11, 2018

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1057
Mr. James C. Justice, III
Premium Coal Company, Inc.
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I18-090-000-006

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-281-002, Violation 1 of 1, served on June 7, 2018, and Notice of Violation 18-090-281-002, Violation 1 of 1, served on April 02, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $23,210.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0000980

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 1064
        Mr. Aaron B. Houchens
        Attorney-At-Law
        Stanley & Houchens, LLC
        113 E. Main Street
        Salem, VA 24153

        Certified Mail 7014 1200 0002 0918 1071
        Premium Coal Company, Inc.
        P.O. Box 2178
        Beaver, WV 25813

US-0000981

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: I18-090-000-006 | | |
|---|---|---|
| Date:  09/11/2018 | | |
| Company:  Premium Coal Company Inc. | | |
| Permit No.:  2872 | Site Status: Active Non-Producing | |
| Failure to Abate Cessation Order (FTA CO): 18-090-281-002, Violation 1 of 1 | | |
| Underlying Notice of Violation (NOV):  18-090-281-002, Violation 1 of 1 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.151(d) and € | | |
| Assessor:  Mychal Dabney | | |
| Current ICP Maximum Daily Amount | $16,401 | |

| 1.  History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | ($1,640 per cessation order) |
| | | $0 |
| | | $0 |
| | | $0 |
| | | $0 |
| | **History Total:** | $0 |

| 2.  Seriousness a. Environmental Harm | Maximum: $4,920 | Assessed Penalty |
|---|---|---|
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | $800 |
| Moderate - $1,641 to $3,280 | $3,280 | |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification:  The underlying NOV was issued March 28, 2018.  Violation 1 of 1 cited "Failure to maintain the haulroad."  The ditches have not been maintained and uncontrolled water is causing erosion to the haulroad.  The inspector report that off-site sedimentation had not occurred.

| | **Environmental Harm Total:** | $800 |
|---|---|---|

| 2.  Seriousness b. Extent of Damage | Maximum: $4,920 | Assessed Penalty |
|---|---|---|
| Confined within the permit area - $0 to $2,263 | $2,263 | $2,000 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

Justification:  The underlying NOV was issued March 28, 2018.  Violation 1 of 1 cited "Failure to maintain the haulroad."  The ditches have not been maintained and uncontrolled water is causing erosion to the haulroad.  The inspector reported that the damage was confined within the permit area and did not result in off-site sedimentation.

| | **Extent of Damage Total:** | $2,000 |
|---|---|---|

| 3.  Good Faith | | |
|---|---|---|

Justification:  You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on March 28, 2018.  The violation remained unabated for 32 days.  Therefore, a cessation order was issued on June 1, 2018.  The cessation order has been in effect for 102 days, but there has still been no attempt by the company to abate the cited violation.

| | **Good Faith Total:** | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total: $2,800 | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C18-090-281-002, Violation 1 of 1 | | 6/7/2018 |
| Today's Date | | 9/11/2018 |
| Number of Days | | 96 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $23,210 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $268,800 |
| **Final ICP - Whichever is less, (A) or (B)** | | **$23,210** |

Updated July 26, 2018

ROUGH DRAFT ESTIMATE OF 2872 Haulroad 2R Remedial Work Associated with FTACO C18-090-281-002

ROUGH  DRAFT        ESTIMATE Haulroad 2R Remedial Work Associated with FTACO C18-090-281-002

| Item No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | 1 | LS | Mobilization and Demobilization (Limited to 10% of Total Bid | LS | $13,918 |
| | 1 | LS | Construction Layout (Limited to 5% of Total Bid) | LS | $0 |
| | 1 | LS | Quality Control | LS | $0 |
| | 1 | LS | Site Preparation (Limited to %10 of Total Bid) | LS | $0 |
| | 10 | day | Grading road/day | $704.00 | $7,040 |
| | 4555 | LF | gravel ton delivered | $25.00 | $113,875 |
| | 10 | day | excavator/day | $1,552.00 | $15,520 |
| | 50 | LF | CMP Culvert Cleaning | $5.00 | $250 |
| | 500 | LF | Silt Fence (Per Linear Foot) | $5.00 | $2,500 |
| | | | | | $153,103 |

Total    $153,103

(handwritten notes:)

1  LS   mob      Unit        3,000
1  LS   Demob                2,000
80 hrs  Grader   $53.00      4,240
40 hrs  Exc.     $134.00     5,360
50 LF   Culvert  $5.00       250  (1,850)
        Clean
250 TNS Stone    $25.00      6,250
                             $21,100

21,100 + 10% (2,110)

MES 9/11/18

US-0000987



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902

Exhibit F-2



September 12, 2018

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1699
Mr. James C. Justice, III
Premium Coal Company Incorporated
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I18-090-000-007

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-171-001, Violation 1 of 2, served on April 16, 2018, and Notice of Violation 18-090-171-001, Violation 1 of 2, served on April 09, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $17,886.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

Page 1 of 2

US-0001037

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 1705
        Mr. Aaron B. Houchens
        Attorney-At-Law
        Stanley & Houchens, LLC
        113 E. Main Street
        Salem, VA 24153

        Certified Mail 7014 1200 0002 0918 1712
        Premium Coal Company Incorporated
        P.O. Box 2178
        Beaver, WV 25813

US-0001038

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: 118-090-000-007 | | |
|---|---|---|
| Date: 09/12/2018 | | |
| Company: Premium Coal Co., Inc. | | |
| Permit No.: 3233 | Site Status: Mining Complete | |
| Failure to Abate Cessation Order (FTA CO): 18-090-171-001, Violation 1 of 2 | | |
| Underlying Notice of Violation (NOV): 18-090-171-001, Violation 1 of 2 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.45 | | |
| Assessor: Christopher Miller | | |

| Current ICP Maximum Daily Amount | | $16,401 |
|---|---|---|
| **1. History** | **Maximum:** | **Assessed Penalty** |
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | ($1,640 per cessation order) |
| C14-090-535-014 | | $1,640 |
| C14-090-535-012 | | $1,640 |
| C14-090-535-005 | | $1,640 |
| | | $0 |
| | **History Total:** | $4,920 |

| **2. Seriousness** | **Maximum:** | **Assessed Penalty** |
|---|---|---|
| **a. Environmental Harm** | $4,920 | |
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | |
| Significant - $3,281 to $4,920 | $4,920 | $3,000 |

Justification: Underlying NOV 18-090-171-001, Violation 1 of 2, was issued March 30, 2018, for failure to maintain sediment control structures. The permittee failed to maintain multiple sediment control structures including diversion ditches RD-2.1, RD-3, and D-1; clean water diversion ditches CWD-1, CWD-3, CWD-6, and CWD-7; and the culvert above basin 006A. These failures have caused ditches to breach, drainage to by-pass sediment ponds, erosion, slope instability, water pooling on the road, and increased flow to ponds that are not designed for the additional flow. These violations are likely to cause off-site sedimentation to occur and have caused moderate environmental harm to the permit.

| | **Environmental Harm Total:** | $3,000 |
|---|---|---|
| **2. Seriousness** | **Maximum:** | **Assessed Penalty** |
| **b. Extent of Damage** | $4,920 | |
| Confined within the permit area - $0 to $2,263 | $2,263 | |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | $2,000 |

Justification: Underlying NOV 18-090-171-001, Violation 1 of 2, was issued March 30, 2018, for failure to maintain sediment control structures. The inspector reported minor damage had occurred on the permit area, but would extend off the permit area during a storm event. Failure to maintain the cited ditches would increase the likelihood of off-site sedimentation and water pollution.

| | **Extent of Damage Total:** | $2,000 |
|---|---|---|
| **3. Good Faith** | | |

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on March 30, 2018. This NOV remained unabated for 13 days. The cessation order was issued on April 13, 2018. The cessation order exceeded 30 days on May 13, 2018, and a follow-up inspection on May 14, 2018, confirmed that no work had been attempted on the underlying violation. No equipment was on site. The underlying NOV and cessation order remain in effect.

| | **Good Faith Total:** | $0 |
|---|---|---|
| **Daily ICP Calculation** | **Daily Total:** | **Assessed Penalty** |
| | $9,920 | |
| Service Date for FTA CO 18-090-171-001, Violation 1 of 2 | | 4/16/2018 |
| Today's Date | | 9/12/2018 |
| Number of Days | | 149 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $17,886 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $1,478,125 |
| **Final ICP - Whichever is less, (A) or (B)** | | **$17,886** |

Updated July 26, 2018



# Cost Estimate for National Coal Permit # 3233-Violation 1 of 2.

| Item No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | 1 | Day | Mobilization-in and out | $1,000.00 | $1,000 |
| | 5 | Day | Use of track excavator | $1,333.00 | $6,665 |
| | 3 | Acre | Revegetation | $850.00 | $2,550 |
| | | | | Total | $10,215 |

Violation **2 of 2**

| Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | Day | Mobilization-in and out | $1,000.00 | $1,000 |
| 1.00 | Day | Use of road grader | $750.00 | $750 |
| | Acre | Revegetation | $850 | $850 |
| | | | Total | $3,350 |

Exhibit F-3



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



September 12, 2018

### NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1699
Mr. James C. Justice, III
Premium Coal Company Incorporated
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: 118-090-000-008

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-171-001, Violation 2 of 2, served on April 16, 2018, and Notice of Violation 18-090-171-001, Violation 2 of 2, served on April 09, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $8,484.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001089

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:   Certified Mail 7014 1200 0002 0918 1705
      Mr. Aaron B. Houchens
      Attorney-At-Law
      Stanley & Houchens, LLC
      113 E. Main Street
      Salem, VA 24153

      Certified Mail 7014 1200 0002 0918 1712
      Premium Coal Company Incorporated
      P.O. Box 2178
      Beaver, WV 25813

US-0001090

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: 118-090-000-008 | | |
|---|---|---|
| Date: 9/12/2018 | | |
| Company: Premium Coal Co., Inc. | | |
| Permit No.: 3233 | Site Status: Mining Complete | |
| Failure to Abate Cessation Order (FTA CO): 18-090-171-001, Violation 2 of 2 | | |
| Underlying Notice of Violation (NOV): 18-090-171-001, Violation 2 of 2 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.150(b) | | |
| Assessor: Christopher Miller | | |
| **Current ICP Maximum Daily Amount** | *$16,401* | |

| 1. History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | *$6,560* | ($1,640 per cessation order) |
| C14-090-535-014 | | $1,640 |
| C14-090-535-012 | | $1,640 |
| C14-090-535-005 | | $1,640 |
| | | $0 |
| | **History Total:** | $4,920 |

| 2. Seriousness a. Environmental Harm | Maximum: $4,920 | Assessed Penalty |
|---|---|---|
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | $3,000 |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: Underlying NOV 18-090-171-001, Violation 2 of 2, was issued March 30, 2018, for failure to maintain Haul Road A. The permittee failed to maintain road culverts HR-11, HR-12, and HR-14. These failures have caused drainage to flow across the road causing erosion and slumping of the haul road. The inspector also reported erosion to the basin 001 access road. These issues have caused off-site sedimentation to occur and have caused moderate environmental harm on the permit.

| | **Environmental Harm Total:** | $3,000 |
|---|---|---|

| 2. Seriousness b. Extent of Damage | Maximum: $4,920 | Assessed Penalty |
|---|---|---|
| Confined within the permit area - $0 to $2,263 | $2,263 | |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | $2,500 |

Justification: Underlying NOV 18-090-171-001, Violation 2 of 2, was issued March 30, 2018, for failure to maintain Haul Road A. The inspector reported minor damage extending beyond the permit area. However, continued erosion of the road is likely if it is not maintained, and further settlement of the road could lead to a slide.

| | **Extent of Damage Total:** | $2,500 |
|---|---|---|

### 3. Good Faith

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on March 30, 2018. This NOV remained unabated for 13 days. The cessation order was issued on April 13, 2018. The cessation order was outstanding for 30 days on May 13, 2018. A follow-up inspection on May 14, 2018, confirmed that no work had been conducted to abate the underlying violation. No equipment was on site. The underlying NOV and cessation order remain in effect.

| | **Good Faith Total:** | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total: $10,420 | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO 18-090-171-001, Violation 2 of 2 | | 4/16/2018 |
| Today's Date | | 9/12/2018 |
| Number of Days | | 149 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $9,332 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $1,552,625 |
| **Final ICP - Whichever is less, (A) or (B)** | | **$9,332** |

Updated July 26, 2018

US-0001094



# Cost Estimate for National Coal Permit # 3233-Violation 1 of 2.

| Item No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | 1 | Day | Mobilization-In and out | $1,000.00 | $1,000 |
| | 5 | Day | Use of track excavator | $1,333.00 | $6,665 |
| | 3 | Acre | Revegetation | $850.00 | $2,550 |
| | | | | Total | $10,215 |

Violation 2 of 2

| Item No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | 1 | Day | Mobilization-In and out | $1,000.00 | $1,000 |
| | | Day | Use of road grader | $750.00 | $750 |
| 1.00 | | Acre | Revegetation | $850 | $850 |
| | | | | Total | $3,350 |

*Handwritten annotations include:* ICP 007, 5,000, 169 /hr, 6,760, 1,500, $16,260, 17,336, 5,000, $984, 1,500, 8,484, 733,200, ZCP 008



United States Department of the Interior

Exhibit F-4

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



October 25, 2018

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1132
Mr. James C. Justice, III
Premium Coal Company Incorporated
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I18-090-000-009

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-171-002, Violation 1 of 1, served on May 7, 2018, and Notice of Violation 18-090-171-002, Violation 1 of 1, served on April 24, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $7,788.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001162

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:   Certified Mail 7014 1200 0002 0918 1842
      Mr. Aaron B. Houchens
      Attorney-At-Law
      Stanley & Houchens, LLC
      113 E. Main Street
      Salem, VA  24153

      Certified Mail 7014 1200 0002 0918 1156
      Premium Coal Company Incorporated
      P.O. Box 2178
      Beaver, WV  25813

Page 2 of 2

US-0001163

# Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: I18-090-000-009 | | |
|---|---|---|
| Date: 8/16/2018 | | |
| Company: Premium Coal Co., Inc. | | |
| Permit No.: 3241 | Site Status: Temporary Cessation | |
| Failure to Abate Cessation Order (FTA CO): C18-090-171-002 | | |
| Underlying Notice of Violation (NOV): N18-090-171-002, Violation 1 of 1 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.150(b) | | |
| Assessor: Christopher Miller | | |
| Current ICP Maximum Daily Amount | $16,401 | |

| 1. History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | ($1,640 per cessation order) |
| C14-090-535-016 | | $1,640 |
| C14-090-535-007 | | $1,640 |
| | | $0 |
| | | $0 |
| | History Total: | $3,280 |

| 2. Seriousness | Maximum: | Assessed Penalty |
|---|---|---|
| a. Environmental Harm | $4,920 | |
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | $3,000 |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: Underlying NOV N18-090-171-002, Violation 1 of 1 was issued April 20, 2018, for failure to maintain the haul road. The permittee failed to maintain the haul road from Highway 116 to the mine face-up. The haul road has eroded, ditch lines are filled with sediment, and water is crossing the road into old slide areas. Further, The outlet of culvert 5A is flowing into spoil material recently placed below this culvert by a logging company causing a slide to form. These violations combined have resulted in moderate environmental damage to the permit area.

| | Environmental Harm Total: | | $3,000 |
|---|---|---|---|

| 2. Seriousness | Maximum: | Assessed Penalty |
|---|---|---|
| b. Extent of Damage | $4,920 | |
| Confined within the permit area - $0 to $2,263 | $2,263 | $1,000 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

Justification: Underlying NOV N18-090-171-002, Violation 1 of 1 was issued April 20, 2018, for failure to maintain the haul road. The inspector reported that damage is confined to the permit area, and he could not document any damage off-site due to dry weather.

| | Extent of Damage Total: | | $1,000 |
|---|---|---|---|

## 3. Good Faith

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on April 20, 2018. This NOV remained unabated for 14 days. The cessation order was issued on May 2, 2018. The cessation order exceeded 30 days on June 1, 2018 and a follow-up inspection on that day confirmed that no work had been attempted on the underlying violation. No equipment was on site. The underlying NOV and cessation order remain in effect.

| | Good Faith Total: | | $0 |
|---|---|---|---|

| Daily ICP Calculation | Daily Total: $7,280 | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C18-090-171-002, Violation 1 of 1 | | 5/7/2018 |
| Today's Date | | 8/15/2018 |
| Number of Days | | 100 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $7,788 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $728,020 |
| Final ICP - Whichever is less, (A) or (B) | | $7,788 |

Updated July 26, 2018

ROUGH DRAFT ESTIMATE   Cost Estimate-Premium Coal Permit # 3241-CO # 18-090-171-002

| Item No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
|  | 2 | LS | Ingress and Egress | 2 days | $2,000 |
|  | 1 | daily | Grade roads | $750.00 | $2,250 |
|  | 1 | daily | Back hoe | $315.00 | $630 |
|  | 1 | acre | Revegetation | $850.00 | $850 |
|  | 50 | feet | 12" Culvert | $27.00 | $1,350 |
|  |  |  |  | Total | $7,080 |

US-0001168





Exhibit F-5

United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902

October 25, 2018

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1835
Mr. James C. Justice, III
National Coal, LLC
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I18-090-000-010

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-171-004, Violation 1 of 3, served on July 27, 2018, and Notice of Violation 18-090-171-004, Violation 1 of 3, served on July 9, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $35,871.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001196

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 1842
        Mr. Aaron B. Houchens
        Attorney-At-Law
        Stanley & Houchens, LLC
        113 E. Main Street
        Salem, VA 24153

        Certified Mail 7014 1200 0002 0918 1859
        National Coal, LLC
        P.O. Box 2178
        Beaver, WV 25813

US-0001197

# Individual Civil Penalty Worksheet

| | | |
|---|---|---|
| Individual Civil Penalty (ICP) No.: 118-090-000-010 | | |
| Date: 10/16/2018 | | |
| Company: National Coal, LLC | | |
| Permit No.: 3250 | Site Status: Temporary Cessation | |
| Failure to Abate Cessation Order (FTA CO): 18-090-171-004, Violation 1 of 3 | | |
| Underlying Notice of Violation (NOV): 18-090-171-004, Violation 1 of 3 | | |
| Regulation Cited for Underlying NOV: 30 CFR 942.816.46( c )(1)(iii)(F) | | |
| Assessor: Mychal Dabney | | |
| Current ICP Maximum Daily Amount | | $16,401 |

| 1. History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | ($1,640 per cessation order) |
| C14-090-535-015 | | $1,640 |
| C14-090-535-011 | | $1,640 |
| C14-090-535-001 | | $1,640 |
| | | $0 |
| | **History Total:** | $4,920 |

| 2. Seriousness  a. Environmental Harm | Maximum:  $4,920 | Assessed Penalty |
|---|---|---|
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | $3,280 |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: The underlying notice of violation was issued on June 29, 2018 for failure to remove excess sediment from basin SS-1B. The sediment has built up in the basin to the point that it is above the dewatering pipe. According to the inspector muddy water was being observed discharging from the pond and reported that the basin flows directly into the receiving stream.

| | **Environmental Harm Total:** | $3,280 |
|---|---|---|

| 2. Seriousness  b. Extent of Damage | Maximum:  $4,920 | Assessed Penalty |
|---|---|---|
| Confined within the permit area - $0 to $2,263 | $2,263 | |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | $3,592 |

Justification: The underlying NOV was issued June 29, 2018. Violation 1 of 3 cited "Failure to remove excess sediment from basin SS-1B." The inspector reported that muddy water was being observed discharging from the bond and reported that the basin flows directly into the receiving stream.

| | **Extent of Damage Total:** | $3,592 |
|---|---|---|

## 3. Good Faith

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on June 29, 2018. The violation remained unabated for over 90 days. Therefore, a cessation order was issued on July 24, 2018. The cessation order has been in effect for 84 days, but there has still been no attempt by the company to abate the cited violation.

| | **Good Faith Total:** | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total:  $11,792 | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C18-090-171-004, Violation 1 of 3 | | 7/27/2018 |
| Today's Date | | 10/25/2018 |
| Number of Days | | 90 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $35,871 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $1,061,307 |
| | Final ICP - Whichever is less, (A) or (B) | $35,871 |

Form Updated July 26, 2018

**ROUGH DRAFT ESTIMATE** — National Coal 3250 cost estimate CO 18-090-171-004, violation 1 of 3

| Item No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 86 | 1 | LS | Mobilization | $3,000 | $3,000 |
| 86 .72 | 72 | hours | 324 excavator | $115 | $8,280 |
| 86 .72 | 72 | hours | 725 dump truck | $108 | $7,776 |
| | 1 | LS | Demobilization | $2,000 | $2,000 |
| acre | 1 | LS | Revegetation | $85 | $850 |

Total: $22,446.00

*Handwritten annotations:*

324 E C
770 (21.5) yds

$115 /75
$108 141
1200 $85

15,050 12,384 1,000 1,200
32,634
10%
35,897

$$\frac{14,815}{21.5 \; yds/truck} = 689 \; loads$$

22

$$400' \times 125'' \times 8' D. = 14,815 \; yds$$

689 loads

$$64 \; loads/per \; day = 10.76 \; days$$

$$10.76 \times 8 = 86.08 = 86 \; hrs$$

Bond 55 1 - B -

Exhibit F-6



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



October 25, 2018

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1835
Mr. James C. Justice, III
National Coal, LLC
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I18-090-000-011

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-171-004, Violation 2 of 3, served on July 27, 2018, and Notice of Violation 18-090-171-004, Violation 2 of 3, served on July 9, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $8,989.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001250

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 1842
        Mr. Aaron B. Houchens
        Attorney-At-Law
        Stanley & Houchens, LLC
        113 E. Main Street
        Salem, VA  24153

        Certified Mail 7014 1200 0002 0918 1859
        National Coal, LLC
        P.O. Box 2178
        Beaver, WV  25813

US-0001251

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: I18-090-000-011 | | |
|---|---|---|
| Date: 10/16/2018 | | |
| Company:  National Coal, LLC | | |
| Permit No.: 3250 | Site Status:  Temporary Cessation | |
| Failure to Abate Cessation Order (FTA CO):  18-090-171-004, Violation **2** of 3 | | |
| Underlying Notice of Violation (NOV):  18-090-171-004, Violation 2 of **3** | | |
| Regulation Cited for Underlying NOV: 30 CFR 942.816.102(a)(2) | | |
| Assessor:  Mychal Dabney | | |
| Current ICP Maximum Daily Amount | | $16,401 |

| 1.  History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | ($1,640 per cessation order) |
| C14-090-535-015 | | $1,640 |
| C14-090-535-011 | | $1,640 |
| C14-090-535-001 | | $1,640 |
| | | $0 |
| | History Total: | $4,920 |

| 2.  Seriousness | Maximum: | Assessed Penalty |
|---|---|---|
| a.  Environmental Harm | $4,920 | |
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | $820 |
| Moderate - $1,641 to $3,280 | $3,280 | |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: The underlying notice of violation was issued on June 29, 2018 for failure to backfill and grade the disturbed area in such a manner as to eliminate all depressions. The inspector reported that water is seeping from a depression formed in the backfill material and is saturating the upper slope of the backfill.

| | Environmental Harm Total: | $820 |
|---|---|---|

| 2.  Seriousness | Maximum: | Assessed Penalty |
|---|---|---|
| b.  Extent of Damage | $4,920 | |
| Confined within the permit area - $0 to $2,263 | $2,263 | $500 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

Justification: The underlying NOV was issued June 29, 2018. Violation 2 of 3 cited "Failure to backfill and grade the disturbed area in such a manner as to eliminate all depressions." The inspector reported that no damage as occurred.

| | Extent of Damage Total: | $500 |
|---|---|---|

### 3.  Good Faith

Justification:  You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on June 29, 2018. The violation remained unabated for over 90 days. Therefore, a cessation order was issued on July 24, 2018. The cessation order has been in effect for 84 days, but there has still been no attempt by the company to abate the cited violation.

| | Good Faith Total: | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total: $6,240 | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C18-090-171-004, Violation 2 of 3 | | 7/27/2018 |
| Today's Date | | 10/25/2018 |
| Number of Days | | 90 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $8,989 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $561,627 |
| Final ICP - Whichever is less, (A) or (B) | | $8,989 |

Form Updated July 26, 2018

| ROUGH DRAFT | | | National Coal 3250 cost estimate CO 18-090-171-004, violation 2 of 3 |
|---|---|---|---|
| Item No. | Qty | Unit | Description |
| | 1 | LS | Mobilization |
| | 16 | hours | D-6 dozer |
| | 2 | acre | Seed and mulch |
| | 1 | LS | Demobilization |

US-0001254

| Unit Price | Amount  |
|------------|---------|
| $3,000     | $3,000  |
| $92        | $1,472  |
| $850       | $1,700  |
| $2,000     | $2,000  |

Total                    $8,172.00

+ 10 °/o

8989

US-0001255



Exhibit F-7

United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



December 04, 2018

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1866
Mr. James C. Justice, III
Premium Coal Company Incorporated
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I18-090-000-013

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-281-001, Violation 1 of 2, served on June 7, 2018, and Notice of Violation 18-090-281-001, Violation 1 of 3, served on April 9, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $195,530.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001360

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 1873
        Mr. Aaron B. Houchens
        Attorney-At-Law
        Stanley & Houchens, LLC
        113 E. Main Street
        Salem, VA  24153

        Certified Mail 7014 1200 0002 0918 1880
        Premium Coal Company Incorporated
        P.O. Box 2178
        Beaver, WV  25813

US-0001361

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: I18-090-000-013 | | |
|---|---|---|
| Date: 12/04/2018 | | |
| Company: Premium Coal Co., Inc. | | |
| Permit No.: 3143 | Site Status: Temporary Cessation | |
| Failure to Abate Cessation Order (FTA CO): C18-090-281-001, Violation 1 of 2 | | |
| Underlying Notice of Violation (NOV): N18-090-281-001, Violation 1 of 3 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.107(d) | | |
| Assessor: Christopher Miller | | |
| Current ICP Maximum Daily Amount | | $16,401 |

| 1. History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | ($1,640 per cessation order) |
| C14-090-100-003 | | $1,640 |
| C14-090-100-002 | | $1,640 |
| C12-090-100-001 | | $1,640 |
| | | $0 |
| | History Total: | $4,920 |

| 2. Seriousness | Maximum: | Assessed Penalty |
|---|---|---|
| a. Environmental Harm | $4,920 | |
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | $1,641 |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: Underlying NOV N18-090-281-001, Violation 1 of 3 was issued March 30, 2018, for placing soil against the downslope windrow. Backfilled spoil has been placed against windrowed timber on the downslope. The windrowed timber has deteriorated over the life of the operation and become unstable. The inspector also determined that timber has been incorporated into the out slope backfill spoil and is causing backfill stability issues. This has resulted in moderate environmental harm to the permit area.

| | Environmental Harm Total: | $1,641 |
|---|---|---|

| 2. Seriousness | Maximum: | Assessed Penalty |
|---|---|---|
| b. Extent of Damage | $4,920 | |
| Confined within the permit area - $0 to $2,263 | $2,263 | $500 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

Justification: Underlying NOV N18-090-281-001, Violation 1 of 3 was issued March 30, 2018, for placing soil against the downslope windrow. The inspector reported that minimal damage is confined to the permit area.

| | Extent of Damage Total: | $500 |
|---|---|---|

### 3. Good Faith

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on March 30, 2018. This NOV remained unabated for 61 days. The cessation order was issued on June 1, 2018. The cessation order exceeded 30 days on July 1, 2018 and a follow-up inspection on July 3, 2018 confirmed that no work had been attempted on the underlying violation. The underlying NOV and cessation order remain in effect.

| | Good Faith Total: | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total: $7,061 | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C18-090-281-001, Violation 1 of 2 | | 6/7/2018 |
| Today's Date | | 12/4/2018 |
| Number of Days | | 180 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $195,530 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $1,271,034 |
| Final ICP - Whichever is less, (A) or (B) | | $195,530 |

Updated July 26, 2018

| ROUGH Item No. | DRAFT Qty | ESTIMATE Unit | Premium Coal Co Remedial Work CO C18-090-281-001 1 of 3(ms) Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Mobilization and Demobilization | LS | $3,500 |
| 1 | 1 | LS | Construction Layout | LS | $2,500 |
| 1 | 1 | LS | Site Preparation | LS | $1,500 |
| 1 | 1 | EA | Stabilized Construction Entrance | $5,000 | $5,000 |
| 8 | 8 | AC | Revegetation | $3,000 | $24,000 |
| 50,482 | 50,482 | CY | Unclassified Excavation/Regrading | $2.50 | $126,204 |
| 1,000 | 1,000 | LF | Silt Fence (Per Linear Foot) | $2.00 | $2,000 |
| 3,000 | 3,000 | LF | Straw Wattle (Per Linear Foot) | $2.50 | $7,500 |
| 60 | 60 | TN | Access road rehab stone (access from Windrock Park) | $30.00 | $1,800 |
| 1 | 1 | LS | Tree Planting in accordance with FRA | LS | $3,750 |
| | | | | | 17,754 |
| | | | 10% | Total | $195,530 |

*Nov 18-090-281-001*
*Sent out 3/30/18*
*Served 4/9/18*

*CO 18-090-281-001*
*Sent out 6/1/18*
*Served 6/7/18*

US-0001366



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902

Exhibit F-8



December 04, 2018

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1866
Mr. James C. Justice, III
Premium Coal Company Incorporated
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I18-090-000-014

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-281-001, Violation 2 of 2, served on June 7, 2018, and Notice of Violation 18-090-281-001, Violation 2 of 3, served on April 9, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $5,830.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001411

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 1873
        Mr. Aaron B. Houchens
        Attorney-At-Law
        Stanley & Houchens, LLC
        113 E. Main Street
        Salem, VA 24153

        Certified Mail 7014 1200 0002 0918 1880
        Premium Coal Company Incorporated
        P.O. Box 2178
        Beaver, WV 25813

US-0001412

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: I18-090-000-014 | | |
|---|---|---|
| Date: 12/04/2018 | | |
| Company: Premium Coal Co., Inc. | | |
| Permit No.: 3143 | Site Status: Temporary Cessation | |
| Failure to Abate Cessation Order (FTA CO): C18-090-281-001, Violation 2 of 2 | | |
| Underlying Notice of Violation (NOV): N18-090-281-001, Violation 2 of 3 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.150(e) | | |
| Assessor: Christopher Miller | | |
| Current ICP Maximum Daily Amount | | $16,401 |

| 1. History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | ($1,640 per cessation order) |
| C14-090-100-003 | | $1,640 |
| C14-090-100-002 | | $1,640 |
| C12-090-100-001 | | $1,640 |
| | | $0 |
| | **History Total:** | $4,920 |

| 2. Seriousness a. Environmental Harm | Maximum: $4,920 | Assessed Penalty |
|---|---|---|
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | $1,641 |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: Underlying NOV N18-090-281-001, Violation 2 of 3 was issued March 30, 2018, for failure to maintain the haulroad. A slide has occurred which has made the roadway impassable due to rockfall material. This has resulted in moderate environmental harm to the permit area.

| | **Environmental Harm Total:** | $1,641 |
|---|---|---|

| 2. Seriousness b. Extent of Damage | Maximum: $4,920 | Assessed Penalty |
|---|---|---|
| Confined within the permit area - $0 to $2,263 | $2,263 | $500 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

Justification: Underlying NOV N18-090-281-001, Violation 2 of 3 was issued March 30, 2018, for failure to maintain the haulroad. The inspector reported that minimal damage is confined to the permit area.

| | **Extent of Damage Total:** | $500 |
|---|---|---|

### 3. Good Faith

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on March 30, 2018. This NOV remained unabated for 61 days. The cessation order was issued on June 1, 2018. The cessation order exceeded 30 days on July 1, 2018 and a follow-up inspection on July 3, 2018 confirmed that no work had been attempted on the underlying violation. The underlying NOV and cessation order remain in effect.

| | **Good Faith Total:** | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total: $7,061 | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C18-090-281-001, Violation 2 of 2 | | 6/7/2018 |
| Today's Date | | 12/4/2018 |
| Number of Days | | 180 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $5,380 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $1,271,034 |
| **Final ICP - Whichever is less, (A) or (B)** | | **$5,380** |

Updated July 26, 2018

US-0001415

ROUGH DRAFT ESTIMATE

Premium Coal Co Remedial Work CO C18-090-281-001 2 of 3(ms)

| Item No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Mobilization and Demobilization | LS | $1,500 |
|  | 0.2 | AC | Revegetation | $3,000 | $300 |
|  | 1 | LS | Removal of Fallen Rock | LS | $2,500 |
|  | 1 | LS | Rock Wall Stabilization/Scaling |  | 1,000 |
|  |  |  |  | 10% | $530 |
|  |  |  |  | Total | $5,830 |



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902

Exhibit F-9

December 18, 2018

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1903
Mr. James C. Justice, III
National Coal, LLC
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I18-090-000-015
OSMRE Permit No. 3249

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-535-003, served on September 4, 2018, and Notice of Violation 18-090-535-006, served on August 06, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $8,257.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

Page 1 of 2

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 1910
        Mr. Aaron B. Houchens
        Attorney-At-Law
        Stanley & Houchens, LLC
        113 E. Main Street
        Salem, VA 24153

        Certified Mail 7014 1200 0002 0918 1927
        National Coal,LLC
        P.O. Box 2178
        Beaver, WV 25813

US-0001459

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: 118-090-000-015 | | |
|---|---|---|
| Date: 12/17/2018 | | |
| Company: National Coal, LLC | | |
| Permit No.: 3249 | **Site Status: Mining Complete** | |
| Failure to Abate Cessation Order (FTA CO): C18-090-535-003 | | |
| Underlying Notice of Violation (NOV): N18-090-535-006 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.95 and 30 CFR 773.17 | | |
| Assessor: Mychal Dabney | | |
| **Current ICP Maximum Daily Amount** | | *$16,401* |

| 1. History | Maximum: | **Assessed Penalty** |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | **($1,640 per cessation order)** |
| C18-090-535-002 | | $1,640 |
| C18-090-535-001 | | $1,640 |
| C14-090-171-002 | | $1,640 |
| C14-090-171-001 | | $1,640 |
| | **History Total:** | $6,560 |

| 2. Seriousness a. Environmental Harm | Maximum: $4,920 | **Assessed Penalty** |
|---|---|---|
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | $1,640 |
| Moderate - $1,641 to $3,280 | $3,280 | |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: The underlying notice of violation was issued on August 2, 2018 for failure to protect and stabilize surface areas to effectively control erosion. Rills and gullies have formed in the backfill of cut A95. This has caused ditch LFT-3-2A D1 to fill with sediment which is impeding adequate site drainage. The inspector reported that little damage has occurred.

| | **Environmental Harm Total:** | $1,640 |
|---|---|---|

| 2. Seriousness b. Extent of Damage | Maximum: $4,920 | **Assessed Penalty** |
|---|---|---|
| Confined within the permit area - $0 to $2,263 | $2,263 | $2,000 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

Justification: The underlying notice of violation was issued on August 2, 2018 for failure to protect and stabilize surface areas to effectively control erosion. Rills and gullies have formed in the backfill of cut A95. This has caused ditch LFT-3-2A D1 to fill with sediment which is impeding adequate site drainage. At the time of the violation the inspector reported that little damage has occurred and is on the permit area. The ditch being filled with sediment is not allowing the hydrologic plan to be implemented as approved.

| | **Extent of Damage Total:** | $2,000 |
|---|---|---|

### 3. Good Faith

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying notice of violation issued on August 2, 2018. No actions have been taken to abate the violation. The cessation order was issued on August 30, 2018.

| | **Good Faith Total:** | $0 |
|---|---|---|

| **Daily ICP Calculation** | Daily Total: $10,200 | **Assessed Penalty** |
|---|---|---|
| Service Date for FTA CO C18-090-535-003, Violation 1 of 1 | | 9/4/2018 |
| Today's Date | | 12/17/2018 |
| Number of Days | | 104 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $8,257 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $1,060,842 |
| **Final ICP - Whichever is less, (A) or (B)** | | **$8,257** |

Updated July 26, 2018

US-0001461

| ROUGH | DRAFT | ESTIMATE | National Coal 3249 cost estimate CO 18-090-535-003, violation 2 of 3 |
|---|---|---|---|
| Item No. | Qty | Unit | Description |
| | 1 | LS | Mobilization |
| | 8 | hours | D-6 dozer |
| | 1 | acre | Seed and mulch |
| | 8 | hours | Tack Excavator |
| | 1 | LS | Demobilization |

US-0001462

| Unit Price | Amount |
|------------|--------|
| $3,000 | $3,000 |
| $92 | $736 |
| $850 | $850 |
| $115 | $920 |
| $2,000 | $2,000 |

| Total | $7,506.00 |
|-------|-----------|

US-0001463



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902

Exhibit F-10



December 18, 2018

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 1989
Mr. James C. Justice, III
National Coal, LLC
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I18-090-000-017
OSMRE Permit No. TN-023

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section
518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may
assess an individual civil penalty against a director, officer, or agent of a corporate permittee
who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with
Failure to Abate Cessation Order 18-090-171-003, served on July 18, 2018, and Notice of
Violation 18-090-171-003, served on July 2, 2018, which are attached to this notice, you would
be liable for an individual civil penalty assessment. Your corporation's failure to abate the
attached violations has resulted in the assessment of individual civil penalties totaling $7,150.00.
In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at
30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each
violation. However, each day of a continuing violation may be deemed a separate violation, and
OSMRE may assess a separate individual civil penalty for each day the violation, failure, or
refusal continues, from the date of service of the underlying notice of violation, cessation order,
or other order incorporated in a final decision issued by the Secretary, until abatement or
compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to
execute in writing a plan for rapid abatement of the outstanding violation, please contact me at
msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would
enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30
CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days
from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001509

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 1996
        Mr. Aaron B. Houchens
        Attorney-At-Law
        Stanley & Houchens, LLC
        113 E. Main Street
        Salem, VA  24153

        Certified Mail 7014 1200 0002 0918 2009
        National Coal LLC
        P.O. Box 2178
        Beaver, WV  25813

US-0001510

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: I18-090-000-017 | | |
|---|---|---|
| Date: 12/17/2018 | | |
| Company: National Coal LLC | | |
| Permit No.: TN-023 | Site Status: Phase I | |
| Failure to Abate Cessation Order (FTA CO): C18-090-171-003 | | |
| Underlying Notice of Violation (NOV): N18-090-171-003 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.150(b) | | |
| Assessor: Mychal Dabney | | |
| **Current ICP Maximum Daily Amount** | | *$16,401* |

| 1. History | Maximum: | **Assessed Penalty** |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | *$6,560* | **($1,640 per cessation order)** |
| C14-090-535-004 | | $1,640 |
| | | $0 |
| | | $0 |
| | | $0 |
| | **History Total:** | $1,640 |

| 2. Seriousness a. Environmental Harm | Maximum: $4,920 | **Assessed Penalty** |
|---|---|---|
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | $2,000 |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: The underlying notice of violation was issued on June 26, 2018 for failure to maintain the haulroad in a manner that would prevent off site sedimentation. The first two culvers, at the entrance of the haulroad, are blocked and allowing water to pond in the road before flowing across the road into the receiving stream. Also, the road is heavily eroded causing sediment laden water to flow into the receiving stream. Finally, water bars that were installed on the steeper sections of the road are filling up with sediment and allowing water to flow over the top of the water bars and creating erosion. Due to the sediment laden water flowing into the receiving stream, moderate environmental harm has occurred.

| | **Environmental Harm Total:** | $2,000 |
|---|---|---|

| 2. Seriousness b. Extent of Damage | Maximum: $4,920 | **Assessed Penalty** |
|---|---|---|
| Confined within the permit area - $0 to $2,263 | $2,263 | |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | $2,500 |

Justification: The underlying notice of violation was issued on June 26, 2018 for failure to maintain the haulroad in a manner that would prevent off site sedimentation. The inspector reported that minor damage has occurred, during rain events, off the permit area. The underlying notice of violation is causing off-site sedimentation to occur.

| | **Extent of Damage Total:** | $2,500 |
|---|---|---|

### 3. Good Faith

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying notice of violation issued on June 26, 2018. No actions were taken to abate the violation. The cessation order was issued on July 13, 2018.

| | **Good Faith Total:** | $0 |
|---|---|---|

| **Daily ICP Calculation** | Daily Total: $6,140 | **Assessed Penalty** |
|---|---|---|
| Service Date for FTA CO C18-090-171-003, Violation 1 of 1 | | 7/18/2018 |
| Today's Date | | 12/17/2018 |
| Number of Days | | 152 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $7,150 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $933,295 |
| **Final ICP - Whichever is less, (A) or (B)** | | **$7,150** |

Updated July 26, 2018

$I-P$   $017$

| ROUGH Item No. | DRAFT Qty | ESTIMATE Unit | National Coal, LLC Permit # TN-023 Description |
|---|---|---|---|
| 1 | 1 | LS | Mobilization and Demobilization (Limited to 10% of Total Bid) |
| 2 | 1 | per day | Use of back hoe for two days |
| 3 | 1 | per day | Use of road grader for two days |

US-0001513

| Unit Price | Amount |
|---|---|
| LS | $4,000 |
| $500.00 per day | $1,000 |
| $750.00 per day | $1,500 |
| | |
| Total | $6,500 |

US-0001514



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902

Exhibit F-11



December 18, 2018

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1958
Mr. James C. Justice, III
Premium Coal Company, Incorporated
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I18-090-000-018
OSMRE Permit No. 3237

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-546-001, served on July 16, 2018, and Notice of Violation 18-090-546-003, served on May 29, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $1,037,685.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001554

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:    Certified Mail 7014 1200 0002 0918 2115
       Mr. Aaron B. Houchens
       Attorney-At-Law
       Stanley & Houchens, LLC
       113 E. Main Street
       Salem, VA  24153

       Certified Mail 7014 1200 0002 0918 0965
       Premium Coal Company, Incorporated
       P.O. Box 2178
       Beaver, WV  25813

US-0001555

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: 118-090-000-018 | | |
|---|---|---|
| Date:  12/17/2018 | | |
| Company:  Premium Coal Company Inc. | | |
| Permit No.:  3237 | Site Status:  Active Non-Producing | |
| Failure to Abate Cessation Order (FTA CO):  C18-090-546-001 | | |
| Underlying Notice of Violation (NOV):  N18-090-546-003 | | |
| Regulation Cited for Underlying NOV:  30 CFR 800.11, 30 CFR 800.14 and 30 CFR 800.15 | | |
| Assessor:  Mychal Dabney | | |
| Current ICP Maximum Daily Amount | $16,401 | |

| 1. History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | ($1,640 per cessation order) |
| C17-090-546.001 | | $1,640 |
| C14-090-281-009 | | $1,640 |
| C14-090-281-008 | | $1,640 |
| C14-090-281-005 | | $1,640 |
| | History Total: | $6,560 |

| 2. Seriousness<br>a. Environmental Harm | Maximum:<br>$4,920 | Assessed Penalty |
|---|---|---|
| None - $0 | $0 | $0 |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification:  The underlying notice of violation was issued on May 24, 2018 for failure to post the adjusted bond amount.  OSMRE sent a certified letter to the permittee on November 16, 2017 requiring the permittee to post the adjusted bond amount by December 22, 2017.  The adjusted bond amount was never received. No environmental harm as occurred as a result of the violation.

| | Environmental Harm Total: | $0 |
|---|---|---|

| 2. Seriousness<br>b. Extent of Damage | Maximum:<br>$4,920 | Assessed Penalty |
|---|---|---|
| Confined within the permit area - $0 to $2,263 | $2,263 | $0 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

Justification:  The underlying notice of violation was issued on May 24, 2018 for failure to post the adjusted bond amount.  OSMRE sent a certified letter to the permittee on November 16, 2017 requiring the permittee to post the adjusted bond amount by December 22, 2017. The adjusted bond amount was never received.  No damage has occurred as a result of not posting the adjusted bond amount.

| | Extent of Damage Total: | $0 |
|---|---|---|

### 3. Good Faith

Justification:  You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying notice of violation issued on May 24, 2018.  No actions have been taken to abate the violation.  The cessation order was issued on July 11, 2018.

| | Good Faith Total: | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total:<br>$6,560 | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C18-090-535-003, Violation 1 of 1 | | 7/16/2018 |
| Today's Date | | 12/17/2018 |
| Number of Days | | 154 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $1,037,685 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $1,010,302 |
| Final ICP - Whichever is less, (A) or (B) | | $1,010,302 |

Updated July 26, 2018

US-0001557

# Memorandum

**To:** ICP File I18-090-000-018

**From:** Mark E. Snyder, Chief Field Compliance Branch

**Reference:** Premium Coal Company Inc., Permit 3237 Gum Branch, Individual Civil Penalty I18-090-000-018 assessment in the amount of $1,037,685.00.

The amount of Individual Civil Penalties are calculated using two factors.

    (A) The Total Estimated Abatement Cost Plus 10% = $1,037,685.00
    (B) The Total ICP (Daily Penalty X Number of Days) 126 days X $6,560 = $826,560.00

Typically, the lesser of the two dollar amounts are chosen for the Individual Civil Penalty. However, this violation is for failure to post bond and the lesser of the two amounts ($826,560.00) is less than the required bond amount which is $943,350.00. In addition, the estimated abatement cost includes a 10% markup which brings the penalty to $1,037,685.00.

Cc: Michael C. Castle

US-0001558



United States Department of the Interior

Exhibit F-12

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



JUN 0 6 2019

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 2696
Mr. James C. Justice, III
Premium Coal Company, Incorporated
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: 119-090-000-022
OSMRE Permit No. 3237

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As President/Director, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 19-090-546-001, Violation 1 of 1 served on February 5, 2019, and Notice of Violation 18-090-546-004, Violation 1 of 1 served on November 4, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $3,155.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001596

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN  37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 2702
        Premium Coal Company, Incorporated
        P.O. Box 2178
        Beaver, WV  25813

US-0001597

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: 119-090-546-001 | | |
|---|---|---|
| Date: 5/7/2019 | | |
| Company: Premium Coal Company, Inc. | | |
| Permit No.: 3237 | Site Status: Active Non-Producing | |
| Failure to Abate Cessation Order (FTA CO): C19-090-546-001 | | |
| Underlying Notice of Violaton (NOV): N18-090-546-004 | | |
| Regulation Cited for Underlying NOV: 30 CFR 715.18(b)(5) | | |
| Assessor: Christopher Miller | | |
| **Current ICP Maximum Daily Amount** | *$16,815* | |

| 1. History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | *$6,726* | **($1,640 per cessation order)** |
| C18-090-546-001 | | $1,682 |
| C17-090-546-001 | | $1,682 |
| C14-090-281-009 | | $1,682 |
| C14-090-281-008 | | $1,682 |
| | **History Total:** | $6,728 |

| 2. Seriousness a. Environmental Harm | Maximum: *$5,045* | Assessed Penalty |
|---|---|---|
| None - $0 | $0 | $0 |
| Insignificant - $0 to $1,682 | $1,682 | |
| Moderate - $1,683 to $3,364 | $3,364 | |
| Significant - $3,365 to $5,045 | $5,045 | |

**Justification:** Underlying NOV N18-090-546-004, Violation 1 of 1, was issued November 1, 2018 for failure to routinely maintain the dam. This violation was an obstruction and prevented the inspector from conducting her safety inspection. Therefore, this violation had no associated environmental harm.

| | **Environmental Harm Total:** | $0 |
|---|---|---|

| 2. Seriousness b. Extent of Damage | Maximum: *$5,045* | Assessed Penalty |
|---|---|---|
| Confined within the permit area - $0 to $2,523 | $2,523 | $0 |
| Extending outside the permit area - $2,524 to $5,045 | $5,045 | |

**Justification:** Underlying NOV N18-090-546-004, Violation 1 of 1, was issued November 1, 2018 for failure to routinely maintain the dam. This violation was an obstruction and prevented the inspector from conducting her safety inspection. Therefore, this violation had no associated extent of damage.

| | **Extent of Damage Total:** | $0 |
|---|---|---|

### 3. Good Faith

**Justification:** You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on November 1, 2018. This NOV remains unabated. The cessation order was issued on January 31, 2019. The cessation order exceeded 30 days on March 1, 2019 and a follow-up inspection on March 5, 2019 confirmed that no work had been attempted on the underlying violation. The underlying NOV and cessation order remain in effect.

| | **Good Faith Total:** | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total: *$6,728* | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C19-090-546-001, Violation 1 of 1 | 2/5/2019 | |
| Today's Date | 5/7/2019 | |
| Number of Days | 91 | |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $3,155 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $612,248 |
| **Final ICP - Whichever is less, (A) or (B)** | | **$3,155** |

Updated May 7, 2019

**COST ESTIMATE**
**Premium Coal Company 3237 C19-090-546-001**

| Item No. | Qty | Unit | Description | Source | Purpose | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Bobcat T190 CAB | 1 | 1 week | 1500-2100 LB Track Skidsteer Cab | https://www.sunbeltrentals.com/equipment/detail/1357/0480530/1 Mowing | | $975.00 | $975 |
| Ground Shark GSS72 | 1 | 1 week | Bush Hog / Brush Cutter 4' Cut | https://www.sunbeltrentals.com/equipment/detail/1353/0490050/t Mowing | | $430.00 | $430 |
| Diesel (gal) | 5 | 28 gallon tank | 3.4 gallons diesel per hour | https://www.ritchiespecs.com/model/bobcat-t190-multi-terrain-loac Mowing | | $3 | $420 |
| Kubota L47 TLB | 1 | 1 week | 4WD Mid-Size Backhoe 10' Dig Depth | https://www.sunbeltrentals.com/equipment/detail/896/0530150/4v Ditch clearing | | $800 | $800 |
| Diesel (gal) | 4.5 | 18 gallon tank | ~2 gal. diesel per hour | https://www.manualslib.com/manual/1238525/Kubota-L47tl.html?p Ditch clearing | | $3.00 | $243 |

**Total: $2,868**

Exhibit F-13



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902

JUN 0 5 2019



## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 2719
Mr. James C. Justice III
Premium Coal Company, Inc.
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I19-090-000-023
OSMRE Permit No. 3183

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As President/Director you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-534-001, Violation 1 of 1, served on July 10, 2018, and Notice of Violation 18-090-534-005, Violation 1 of 1, served on June 4, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $13,283.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001627

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 2726
        Premium Coal Company, Inc.
        P.O. Box 2178
        Beaver, WV 25813

US-0001628

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: 118-090-000-000 | | |
|---|---|---|
| Date:  8/28/2018 | | |
| Company:  Premium Coal Company Inc. | | |
| Permit No.:  3183 | Site Status:  Temporary Cessation | |
| Failure to Abate Cessation Order (FTA CO): 18-090-534-001, Violation 1 of 1 | | |
| Underlying Notice of Violation (NOV):  18-090-534-005, Violation 1 of 1 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.46(b)(2) | | |
| Assessor:  Mychal Dabney | | |
| **Current ICP Maximum Daily Amount** | *$16,401* | |

| 1.  History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | *$6,560* | ($1,640 per cessation order) |
| C17-090-534-001 | | $1,640 |
| C14-090-461-005 | | $1,640 |
| C14-090-461-004 | | $1,640 |
| C14-090-461-001 | | $1,640 |
| | History Total: | $6,560 |

| 2.  Seriousness<br>a.  Environmental Harm | Maximum:<br>*$4,920* | Assessed Penalty |
|---|---|---|
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | $1,640 |
| Moderate - $1,641 to $3,280 | $3,280 | |
| Significant - $3,281 to $4,920 | $4,920 | |

**Justification:** The underlying NOV was issued May 31, 2018.  Violation 1 of 1 cited "Failure to pass all drainage through an approved siltation structure before leaving the permit area."  Drainage ditch DD-2 is breached and water is bypassing pond 002 before leaving the permit area.  The inspector reported that water pollution has not occurred due to the fact that the flow from the breached ditch is intermittent, the water quality is within effluent parameters, and the high elevation of the permit makes it difficult for drainage from the breach to reach the receiving stream.

| | Environmental Harm Total: | $1,640 |
|---|---|---|

| 2.  Seriousness<br>b.  Extent of Damage | Maximum:<br>*$4,920* | Assessed Penalty |
|---|---|---|
| Confined within the permit area - $0 to $2,263 | $2,263 | $1,500 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

**Justification:** The underlying NOV was issued May 31, 2018.  Violation 1 of 1 cited "Failure to pass all drainage through an approved siltation structure before leaving the permit area."  Drainage ditch DD-2 is breached and water is bypassing pond 002 before leaving the permit area.  The inspector reported that the damage was contained within the permit area and did not result in water pollution.

| | Extent of Damage Total: | $1,500 |
|---|---|---|

### 3.  Good Faith

**Justification:** You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on May 31, 2018.  The violation remained unabated for over 90 days.  Therefore, a cessation order was issued on July 5, 2018.  The cessation order has been in effect for 49 days, but there has still been no attempt by the company to abate the cited violation.

| | Good Faith Total: | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total:<br>*$9,700* | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C18-090-534-001, Violation 1 of 1 | | 7/10/2018 |
| Today's Date | | 8/28/2018 |
| Number of Days | | 49 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $13,283 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $475,320 |
| **Final ICP - Whichever is less, (A) or (B)** | | **$13,283** |

Form Updated July 26, 2018

|  |  | ESTIMATE | Premium Coal Company  Permit 3183, Area 20, breached ditch DD-2. |  |  |
|---|---|---|---|---|---|
| Item No. | Qty | Unit | Description | Unit Price | Amount |
|  | 1 | AC | Revegetation - Slopes ≤ 2:1 | $5,000 | $5,000 |
|  | 200 | LF | Channel Maintenance | $10.00 | $2,000 |
|  | 50 | LF | CMP Culvert Cleaning | $1.00 | $50 |
|  | 500 | CY | Unclassified Excavation | $5.00 | $2,500 |
|  | 100 | LF | Silt Fence (Per Linear Foot) | $5.00 | $500 |
|  | 100 | LF | Straw Wattle (Per Linear Foot) | $0.25 | $25 |
|  | 1 | AC | Regrading | $2,000 | $2,000 |
|  |  |  |  | Total | $12,075 |

US-0001631

Exhibit F-14



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



JUN 0 6 2019

## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 2733

Mr. James C. Justice III
Premium Coal Company, Inc.
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: 119-090-000-024
OSMRE Permit No. 3183

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As President/Director you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 19-090-534-001, Violation 1 of 1, served on March 22, 2019, and Notice of Violation 19-090-534-002, Violation 1 of 1, served on March 7, 2019, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $4,970.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

Page 1 of 2

US-0001663

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:   Certified Mail 7014 1200 0002 0918 2740
      Premium Coal Company, Inc.
      P.O. Box 2178
      Beaver, WV 25813

US-0001664

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: 119-090-000-000 | | |
|---|---|---|
| Date: 5/7/2019 | | |
| Company: Premium Coal Co., Inc. | | |
| Permit No.: 3183 | Site Status: Temporary Cessation | |
| Failure to Abate Cessation Order (FTA CO): C19-090-534-001, Violation 1 of 1 | | |
| Underlying Notice of Violaton (NOV): N19-090-534-002, Violation 1 of 1 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.46(b)(2) | | |
| Assessor: Christopher Miller | | |
| Current ICP Maximum Daily Amount | | $16,815 |

| 1. History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | $6,726 | ($1,640 per cessation order) |
| C18-090-534-003 | | $1,682 |
| C18-090-534-001 | | $1,682 |
| C17-090-534-001 | | $1,682 |
| C14-090-461-005 | | $1,682 |
| | History Total: | $6,728 |

| 2. Seriousness a. Environmental Harm | Maximum: $5,045 | Assessed Penalty |
|---|---|---|
| None - $0 | $0 | |
| Insignificant - $0 to $1,682 | $1,682 | |
| Moderate - $1,683 to $3,364 | $3,364 | $1,683 |
| Significant - $3,365 to $5,045 | $5,045 | |

Justification: Underlying NOV N19-090-534-002, Violation 1 of 1, was issued February 28, 2019 for failure to pass all surface drainage through an approved siltation structure before leaving the permit area. Drainage from the breach was flowing at approximately 20 gallons per minute, scouring the pond embankment, and entering a pre-existing slide area.

| | Environmental Harm Total: | $1,683 |
|---|---|---|

| 2. Seriousness b. Extent of Damage | Maximum: $5,045 | Assessed Penalty |
|---|---|---|
| Confined within the permit area - $0 to $2,523 | $2,523 | |
| Extending outside the permit area - $2,524 to $5,045 | $5,045 | $2,524 |

Justification: Underlying NOV N19-090-534-002, Violation 1 of 1 was issued February 28, 2019 for failure to pass all surface drainage through an approved siltation structure before leaving the permit area. Although drainage was flowing from the breach onto a pre-existing slide area, the inspector reported minor off-site sedimentation had occurred.

| | Extent of Damage Total: | $2,524 |
|---|---|---|

### 3. Good Faith

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on February 28, 2019. This NOV remains unabated. The cessation order was issued on March 14, 2019. The cessation order exceeded 30 days on April 12, 2019 and a follow-up inspection on April 15, 2019 confirmed that no work had been attempted on the underlying violation. The underlying NOV and cessation order remain in effect.

| | Good Faith Total: | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total: $10,935 | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C19-090-534-001, Violation 1 of 1 | | 3/22/2019 |
| Today's Date | | 5/7/2019 |
| Number of Days | | 46 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $4,970 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $503,010 |
| Final ICP - Whichever is less, (A) or (B) | | $4,970 |

Updated May 7, 2019

**COST ESTIMATE**
**Premium Coal Company 3183 C19-090-534-001**

| Item No. | Qty | Unit | Description | Source | Purpose | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| CAT 326F | 1 | 1 week | CAT long reach tracked excavator | https://www.stowerscat.com/ | Pond maintenance | $4,200.00 | $4,200 |
| Diesel (gal) | 1 | ~106 gallon tank (not advertised) | ~2 gallons diesel per hour | https://www.cat.com/en_US/products/new-equipment/excavators/medium-excavators/1000024903.html | Ditch clearing | $3.00 | $318 |

Total: **$4,518**

US-0001667

Exhibit F-15



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902

DEC 1 2 2019



## NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 3686
Mr. James C. Justice III
Premium Coal Company, Inc.
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.: I19-090-000-029
OSMRE Permit No. 3237

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As President/Director you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 19-090-546-004, Violation 1 of 1, served on August 12, 2019, and Notice of Violation 19-090-546-004, Violation 1 of 1, served on July 8, 2019, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $16,478.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001780

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN  37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully.  If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Branch Chief
Federal Program Field Branch
Lexington Field Office

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:     Certified Mail 7014 1200 0002 0918 3679
        Premium Coal Company, Inc.
        P.O. Box 2178
        Beaver, WV  25813

US-0001781

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: 119-090-000-029 | | |
|---|---|---|
| Date: 12/3/2019 | | |
| Company: Premium Coal Company Inc. | | |
| Permit No.: 3237 | Site Status: Active Non-Producing | |
| Assessor: Mychal Dabney | | |
| Underlying Notice of Violation (NOV): 19-090-546-004, Violation 1 of 1 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.49(a)(11) and 521(a)(3) of public law 95-87 | | |
| Assessor: Mychal Dabney | | |

| Current ICP Maximum Daily Amount | | $16,401 |
|---|---|---|
| **1. History** | **Maximum:** | **Assessed Penalty** |
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | (S1,640 per cessation order) |
| C19-090-546-002 | | $1,640 |
| C19-090-546-001 | | $1,640 |
| C18-090-546-001 | | $1,640 |
| C17-090-546-001 | | $1,640 |
| | **History Total:** | $6,560 |
| **2. Seriousness**<br>**a. Environmental Harm** | **Maximum:**<br>$4,920 | **Assessed Penalty** |
| None - $0 | $0 | $0 |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: The underlying notice of violation was issued on July 1, 2019 for failure to submit the complete and comprehensive annual impoundment certification report for January 1, 2018-December 31, 2018. Failing to submit the complete and comprehensive annual impoundment certification report obstructs OSMRE and the public from knowing whether the impoundment structure is safe. No environmental harm has been caused due to the notice of violation.

| | **Environmental Harm Total:** | $0 |
|---|---|---|
| **2. Seriousness**<br>**b. Extent of Damage** | **Maximum:**<br>$4,920 | **Assessed Penalty** |
| Confined within the permit area - $0 to $2,263 | $2,263 | $0 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

Justification: The underlying notice of violation was issued on July 1, 2019 for failure to submit the complete and comprehensive annual impoundment certification report for January 1, 2018-December 31, 2018. The inspector reported that the impoundment was stable but failing to submit the complete and comprehensive annual impoundment certification report obstructs OSMRE and the public from knowing whether the impoundment structure is safe.

| | **Extent of Damage Total:** | $0 |
|---|---|---|
| **3. Good Faith** | | |

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on July 1, 2019. The violation remained unabated for over 90 days. Therefore, a cessation order was issued on September 17, 2018. The cessation order has been outstanding for 113 days, but there has still been no attempt by the company to abate the cited violation.

| | **Good Faith Total:** | $0 |
|---|---|---|
| **Daily ICP Calculation** | **Daily Total:**<br>$6,560 | **Assessed Penalty** |
| Service Date for FTA CO C18-090-534-001, Violation 1 of 1 | | 8/12/2019 |
| Today's Date | | 12/3/2019 |
| Number of Days | | 113 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $16,478 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $741,325 |
| **Final ICP - Whichever is less, (A) or (B)** | | **$16,478** |

Form Updated July 26, 2018

| ROUGH | DRAFT | ESTIMATE | Premium Coal Company, Inc.  ICP I19-090-000-029 | | |
|---|---|---|---|---|---|
| Item No. | Qty | Unit | Description | Unit Price | Amount |
| | 312 | Hrs | Monitoring, Inspections, Travel per year | $40 | $12,480 |
| | 1 | LS | Engineers report with PE certification | $2,000 | $2,000 |
| | 1 | LS | Misc expenses | $500 | $500 |

Total     **$14,980.00**



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902


Exhibit F-16



DEC 1 2 2019

NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 3723
Mr. James C. Justice, III
National Coal, LLC
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

> Individual Civil Penalty No.: I19-090-000-030
> OSMRE Permit No. 3249

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 19-090-535-001, Violation 2 of 2, served on February 11, 2019, and Notice of Violation 18-090-535-008, Violation 2 of 2, served on December 21, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $14,269.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0001832

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Branch Chief
Federal Program Field Branch
Lexington Field Office

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:   Certified Mail 7014 1200 0002 0918 3730
      National Coal LLC
      P.O. Box 2178
      Beaver, WV 25813

US-0001833

Construction Cost Estimate for National Coal

Permit # 3249

Violation Number: N18-090-535-008 (2 of 2)

Cessation Order: C19-090-535-001 (2 of 2)

Individual Civil Penalty (ICP): I19-090-000-030

Cost: $

Equipment/Labor/etc:

    Mobilization (Excavator 345 DL Cat)

    Demobilization (Excavator 345 DL Cat)

    Excavator 345 DL Cat

    Low Drag for Junk Excavator

    Haulage to Salvage

    Unloading at Salvage Yard

    Labor

    Contaminated Soil Removal/Disposal

    Dump Truck

    Soil disposal

    Revegetation

| ROUGH | DRAFT | ESTIMATE | National Coal 3249 Cost Estimate ICP I19-090-000-030 | | |
|---|---|---|---|---|---|
| Item No. | Qty | Unit | Description | Unit Price | Amount |
| | 1 | LS | Mobilization | $1,500 | $1,500 |
| | 1 | LS | Demobilization | $1,500 | $1,500 |
| | 8 | Hrs | Excavator 345 DL Cat | $134 | $1,072 |
| | 1 | LS | Low Drag to haul Junk Excavator to slavage | $3,000 | $3,000 |
| | 8 | Hrs | Labor (2 Laborers) | $50.00 | $400 |
| | 10 | CY | Contaminated Soil Removal and Disposal | $500 | $5,000 |
| | 1 | LS | Revegetation | $500 | $500 |
| | | | | Total | **$12,972.00** |

$+ \quad 10\%$

$14,269$

US-0001835

## Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: 120-090-000-000 | | |
|---|---|---|
| Date: 12/5/2019 | | |
| Company: National Coal LLC | | |
| Permit No.: 3249 | Site Status: Mining Complete | |
| Assessor: Mychal Dabney | | |
| Underlying Notice of Violation (NOV): 18-090-535-008, Violation 2 of 2 | | |
| Regulation Cited for Underlying NOV: 30 CFR 816.86 and 773.17 | | |
| Assessor: Mychal Dabney | | |
| Current ICP Maximum Daily Amount | $16,401 | |

| 1. History | Maximum: | Assessed Penalty |
|---|---|---|
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | ($1,640 per cessation order) |
| C18-090-535-003 | | $1,640 |
| C18-090-535-002 | | $1,640 |
| C18-090-535-001 | | $1,640 |
| C14-090-171-002 | | $1,640 |
| | History Total: | $6,560 |

| 2. Seriousness a. Environmental Harm | Maximum: $4,920 | Assessed Penalty |
|---|---|---|
| None - $0 | $0 | $0 |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: The underlying notice of violation was issued on December 19, 2018 for failure to properly dispose of non-coal waste. A burnt-out excavator has been abandoned on haulroad #1.The inspector reported that the excavator has leaked flued onto the road surface. No environmental harm has been caused due to the notice of violation.

| | Environmental Harm Total: | $0 |
|---|---|---|

| 2. Seriousness b. Extent of Damage | Maximum: $4,920 | Assessed Penalty |
|---|---|---|
| Confined within the permit area - $0 to $2,263 | $2,263 | $0 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

Justification: The underlying notice of violation was issued on December 19, 2018 for failure to properly dispose of non-coal waste. A burnt-out excavator has been abandoned on haulroad #1.The inspector reported that the excavator has leaked flued onto the road surface. The inspector reported that little damage has occurred as a result of the violation and the damage is confined to the permit area.

| | Extent of Damage Total: | $0 |
|---|---|---|

### 3. Good Faith

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on December 12, 2018. The violation remained unabated for over 90 days. Therefore, a cessation order was issued on February 7, 2019. The cessation order has been outstanding for 297 days, but there has still been no attempt by the company to abate the cited violation.

| | Good Faith Total: | $0 |
|---|---|---|

| Daily ICP Calculation | Daily Total: $6,560 | Assessed Penalty |
|---|---|---|
| Service Date for FTA CO C18-090-534-001, Violation 1 of 1 | | 2/11/2019 |
| Today's Date | | 12/5/2019 |
| Number of Days | | 297 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $14,269 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $1,948,439 |
| Final ICP - Whichever is less, (A) or (B) | | $14,269 |

Form Updated July 26, 2018



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902

**Exhibit F-17**



October 25, 2018

### NOTICE OF PROPOSED ASSESSMENT FOR AN INDIVIDUAL CIVIL PENALTY

Certified Mail Restricted Delivery 7014 1200 0002 0918 1835
Mr. James C. Justice, III
National Coal, LLC
302 S. Jefferson Street, Suite 400
Roanoke, VA 24011

Individual Civil Penalty No.:  I18-090-000-012

Dear Mr. James C. Justice, III:

The Office of Surface Mining Reclamation and Enforcement (OSMRE), pursuant to Section 518(f) of the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. 1268(f), may assess an individual civil penalty against a director, officer, or agent of a corporate permittee who has violated a condition of the permit or fails or refuses to comply with a cessation order.

As Managing Member, you were previously notified that unless the corporation complied with Failure to Abate Cessation Order 18-090-171-004, Violation 3 of 3, served on July 27, 2018, and Notice of Violation 18-090-171-004, Violation 3 of 3, served on July 9, 2018, which are attached to this notice, you would be liable for an individual civil penalty assessment. Your corporation's failure to abate the attached violations has resulted in the assessment of individual civil penalties totaling $6,606.00. In assessing the penalties, OSMRE considered possible criteria specified in the Federal rules at 30 CFR 846.

Under the Federal rules at 30 CFR 846.14(b), the penalty shall not exceed $16,401.00 for each violation. However, each day of a continuing violation may be deemed a separate violation, and OSMRE may assess a separate individual civil penalty for each day the violation, failure, or refusal continues, from the date of service of the underlying notice of violation, cessation order, or other order incorporated in a final decision issued by the Secretary, until abatement or compliance is achieved.

If you wish to abate the outstanding violation listed in the enclosed attachment, or wish to execute in writing a plan for rapid abatement of the outstanding violation, please contact me at msnyder@osmre.gov or the address listed above. Abatement of the outstanding violation would enable OSMRE to withdraw the proposed individual civil penalty under the criteria listed in 30 CFR 846.18(c).

In accordance with 43 CFR 4.1300, you have the right to appeal this decision within 30 days from the date of receipt of this notice. To initiate an appeal, you must file a written notice of

US-0005616

appeal with the Hearings Division, Office of Hearings and Appeals, U. S. Department of Interior, 351 South West Temple, Suite 6.300, Salt Lake City, Utah 84101, and at the same time, you must also send a copy of the notice to me. The notice of appeal shall indicate that an appeal is intended and must identify the individual civil penalty number listed above and the date on which you received this letter. The notice must include a statement of reasons for the appeal and any arguments that you choose to make. Note that your deadline to file an appeal cannot be extended under 43 CFR 4.1302 even if you enter into an abatement plan.

This proposed penalty will become final and payable within 30 days from the date you receive this letter, unless within that time you file an appeal or enter into an abatement agreement as explained above. Payments should be made by check or money order payable to "Assessment Office—OSMRE" and sent to:

Office of Surface Mining
Reclamation and Enforcement
710 Locust Street, Second Floor
Knoxville, TN 37902

To assure proper credit of your payment, you must note on the check or money order the individual civil penalty number for which payment is being made.

Please read this letter carefully. If you have any questions that are not answered by this letter, please contact me at (865) 545-4103, Extension 173.

Sincerely,

Mark E. Snyder, Chief
Field Compliance Branch

Enclosures:
Failure to Abate Cessation Order
Underlying Notice of Violation
Notice of Potential Liability for an Individual Civil Penalty Assessment

cc:   Certified Mail 7014 1200 0002 0918 1842
      Mr. Aaron B. Houchens
      Attorney-At-Law
      Stanley & Houchens, LLC
      113 E. Main Street
      Salem, VA 24153

      Certified Mail 7014 1200 0002 0918 1859
      National Coal, LLC
      P.O. Box 2178
      Beaver, WV 25813

US-0005617

# Individual Civil Penalty Worksheet

| Individual Civil Penalty (ICP) No.: 118-090-000-012 | | |
|---|---|---|
| Date: 10/16/2018 | | |
| Company: National Coal, LLC | | |
| Permit No.: 3250 | Site Status: Temporary Cessation | |
| Failure to Abate Cessation Order (FTA CO): 18-090-171-004, Violation 3 of 3 | | |
| Underlying Notice of Violation (NOV): 18-090-171-004, Violation 3 of 3 | | |
| Regulation Cited for Underlying NOV: 30 CFR 942.816.43(a)(2) | | |
| Assessor: Mychal Dabney | | |

| Current ICP Maximum Daily Amount | | $16,401 |
|---|---|---|
| **1. History** | Maximum: | Assessed Penalty |
| List Previous Federal Cessation Orders (no more than 4) | $6,560 | ($1,640 per cessation order) |
| C14-090-535-015 | | $1,640 |
| C14-090-535-011 | | $1,640 |
| C14-090-535-001 | | $1,640 |
| | | $0 |
| | History Total: | $4,920 |
| **2. Seriousness** | Maximum: | **Assessed Penalty** |
| a. Environmental Harm | $4,920 | |
| None - $0 | $0 | |
| Insignificant - $0 to $1,640 | $1,640 | |
| Moderate - $1,641 to $3,280 | $3,280 | $2,460 |
| Significant - $3,281 to $4,920 | $4,920 | |

Justification: The underlying notice of violation was issued on June 29, 2018 for failure to maintain clean water diversion ditch CWD-1. The inspector reported a slide has formed at the outlet of the ditch changing the course of the permitted flow. Water is flowing across the reclaimed slope creating erosion of the slope and gullies in the backfill. This is increasing the sediment volume in the receiving basin.

| | Environmental Harm Total: | $2,460 |
|---|---|---|
| **2. Seriousness** | Maximum: | **Assessed Penalty** |
| b. Extent of Damage | $4,920 | |
| Confined within the permit area - $0 to $2,263 | $2,263 | $2,263 |
| Extending outside the permit area - $2,263 to $4,920 | $4,920 | |

Justification: The underlying NOV was issued June 29, 2018, Violation 3 of 3 cited "Failure to maintain clean water diversion ditch CWD-1." The inspector reported that the reclaimed slopes are eroding and gullies are forming. The excess sediment is entering SS-1B. The excess water volume and sediment are not designed to enter SS-1B. All damage is confined within the permit area.

| | Extent of Damage Total: | $2,263 |
|---|---|---|
| **3. Good Faith** | | |

Justification: You have not demonstrated good faith in attempting to achieve rapid compliance of the underlying NOV issued on June 29, 2018. The violation remained unabated for over 90 days. Therefore, a cessation order was issued on July 24, 2018. The cessation order has been in effect for 84 days, but there has still been no attempt by the company to abate the cited violation.

| | Good Faith Total: | $0 |
|---|---|---|
| **Daily ICP Calculation** | Daily Total: $9,643 | **Assessed Penalty** |
| Service Date for FTA CO C18-090-171-004, Violation 3 of 3 | | 7/27/2018 |
| Today's Date | | 10/25/2018 |
| Number of Days | | 90 |
| (A) Total Estimated Abatement Cost Plus 10 % (Worksheet Attached) | | $6,606 |
| (B) Total ICP (Total Daily Penalty x Number of Days) | | $867,897 |
| Final ICP - Whichever is less, (A) or (B) | | $6,606 |

Form Updated July 26, 2018

# ROUGH DRAFT ESTIMATE

## Cost estimate page 2 of 2 violation 3 of 3 CO 18-090-171-004

| Item No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | LS | Mobilization | $3,000 | $3,000 |
| | 8 | hours | Track excavator | $115 | $920 |
| | acre | 1 | Seed and mulch | $85 | $85 |
| | 1 | LS | Demobilization | $2,000 | $2,000 |
| | | | | Total | $6,005 |

US-0005620