Exhibit G-1



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



## WRITTEN ABATEMENT AGREEMENT

### I.  Parties

This abatement agreement is entered into as of the 28th day of November, 2018, by the United States Department of the Interior, Office of Surface Mining Reclamation and Enforcement ("OSMRE") and Premium Coal Company Incorporated and James C. Justice III.

**Authority**

The Parties enter this abatement agreement pursuant to 30 C.F.R. 846.17 and 30 C.F.R. 846.18.

### II.  Background

Premium Coal Company Incorporated and James C. Justice III acknowledge:

1. Premium Coal Company Incorporated Permit 3241 has failed to properly maintain the haul road from Rt. 116 to the Mine #5A face-up in accordance with approved permit requirements.
2. On April 20, 2018, the Office of Surface Mining Reclamation and Enforcement ("OSMRE") issued Notice of Violation 18-090-171-002.
3. On May 02, 2018, OSMRE issued Failure to Abate Cessation Order 18-090-171-002 and served copies of the notices of potential liability for individual civil penalties on the company's officers and directors.
4. Premium Coal Company Incorporated has failed to comply with Failure to Abate Cessation Order 18-090-171-002.
5. Premium Coal Company Incorporated failed to exhaust its administrative remedies to contest the order of the Secretary and has waived its right to contest Failure to Abate Cessation Order 18-090-171-002 and Notice of Violation 18-090-171-002.
6. At the time of the failure to comply, James C. Justice III was President and director of Premium Coal Company Incorporated with the authority to cause abatement of the violation.
7. James C. Justice III willfully and knowingly authorized, ordered, or carried out the corporate permittee's failure to comply with the cessation order.
8. On October 25, 2018, OSMRE issued proposed assessments of individual civil penalties (Table 1) to James C. Justice III and served the proposed assessments by registered mail.

US-0000886

| Corporate Director, Officer, Agent Cited | Proposed Individual Civil Penalty Assessment |
|---|---|
| James C. Justice, III | I18-090-000-009 |
| | $7,788.00 |
| | |
| | |

**Table 1**

9. On November 19, 2018, counsel for Premium Coal Company Incorporated contacted OSMRE on behalf of the Premium Coal Company Incorporated and the company's officers, directors, and agents requesting to enter a written plan for rapid abatement of the outstanding violations.

### III.   Agreement to Abate

Premium Coal Company Incorporated and James C. Justice III hereby agree to the following abatement measures and schedule for abatement:

1. On or before December 27, 2018, Premium Coal Company Incorporated will mobilize all equipment onto Mine #5A (permit 3241) necessary to abate the cessation order and underlying violation.
2. Premium Coal Company Incorporated will grade the haul road from Rt. 116 to the face-up of Mine #5A in accordance with the regulations and the approved permit.
3. Premium Coal Company Incorporated will reestablish all ditch lines in accordance with the approved permit.
4. Premium Coal Company Incorporated will extend culvert 5A so that it by-passes the landslide area or install an impermeable rock lined drain through the landslide to prevent further movement.
5. Premium Coal Company Incorporated will grade the access road below Mine #5A face-up and the access road to pond 001. The company shall install water bars every 20 feet on both roads and direct the discharge from the water bars into the existing approved rock lined channel to the left of the water bars (looking downslope).
6. Premium Coal Company Incorporated will revegetate and mulch all disturbed areas.
7. By January 8, 2019, Premium Coal Company Incorporated will complete all work necessary to abate the cessation order and underlying violation.

US-0000887

IV.    Determination of Satisfactory Abatement

1. On or after January 8, 2019, OSMRE will inspect the site and determine whether the abatement is satisfactory.
2. The individual named in the notice of proposed individual civil penalty assessments may postpone payment until receiving either a final order from the Office stating that the penalty is due on the date of such final order, or written notification that abatement or compliance is satisfactory and the penalty has been withdrawn.

V.    Miscellaneous Provisions

1. This writing constitutes the entire agreement.  No alteration may be made to this agreement except in writing and signed by both parties.

US-0000888

**OFFICE OF SURFACE MINING**
**RECLAMATION AND ENFORCEMENT**

By: _____

Michael C. Castle, Field Office Director

11/29/2018
Date

**Premium Coal Company**
**Incorporated**

By: _____

James C. Justice, III
President and Director

11/28/2018
Date

US-0000889

**Exhibit G-2**



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902
November 26, 2018



## WRITTEN ABATEMENT AGREEMENT

### I.    Parties

This abatement agreement is entered into as of the 28th day of November, 2018, by the United States Department of the Interior, Office of Surface Mining Reclamation and Enforcement ("OSMRE") and National Coal LLC and James C. Justice III.

**Authority**

The Parties enter this abatement agreement pursuant to 30 C.F.R. 846.17 and 30 C.F.R. 846.18.

### II.    Background

National Coal LLC and James C. Justice III acknowledge:

1. National Coal LLC Permit 3250 has failed to maintain basin SS-1B in accordance with the approved permit. The sediment load in the pond exceed the cleanout capacity.
2. On July 2, 2018, the Office of Surface Mining Reclamation and Enforcement ("OSMRE") issued Notice of Violation 18-090-171-004, violation 1 of 3.
3. On July 24, 2018, OSMRE issued Failure to Abate Cessation Order 18-090-171-004, violation 1 of 3, and served copies of the notices of potential liability for individual civil penalties on the company's officers and directors.
4. National Coal LLC has failed to comply with Failure to Abate Cessation Order 18-090-171-004, violation 1 of 3.
5. National Coal LLC failed to exhaust its administrative remedies to contest the order of the Secretary and has waived its right to contest Failure to Abate Cessation Order 18-090-171-004, violation 1 of 3 and Notice of Violation 18-090-171-004, violation 1 of 3.
6. At the time of the failure to comply, James C. Justice III was Managing Member of National Coal LLC with the authority to cause abatement of the violation.
7. James C. Justice III willfully and knowingly authorized, ordered, or carried out the corporate permittee's failure to comply with the cessation order.
8. On October 25, 2018, OSMRE issued proposed assessments of individual civil penalties (Table 1) to James C. Justice III and served the proposed assessments by registered mail.

US-0000892

| Corporate Director, Officer, Agent Cited | Proposed Individual Civil Penalty Assessment |
|---|---|
| James C. Justice, III | I18-090-000-010 $35,871.00 |
|  |  |
|  |  |

Table 1

9. On November 19, 2018, counsel for National Coal LLC contacted OSMRE on behalf of the National Coal LLC and the company's officers, directors, and agents requesting to enter a written plan for rapid abatement of the outstanding violations.

### III.   Agreement to Abate

National Coal LLC and James C. Justice III hereby agree to the following abatement measures and schedule for abatement:

1. On or before December 09, 2018, National Coal LLC will mobilize all equipment onto Mine 3B (permit 3250) necessary to abate the cessation order and underlying violation.
2. National Coal LLC will remove all excess sediment from basin SS-1B in accordance with the regulations and the approved permit.
3. By December 21, 2018, National Coal LLC will complete all work necessary to abate the cessation order and underlying violation.

### IV.   Determination of Satisfactory Abatement

1. On or after December 21, 2018, OSMRE will inspect the site and determine whether the abatement is satisfactory.
2. The individual named in the notice of proposed individual civil penalty assessments may postpone payment until receiving either a final order from the Office stating that the penalty is due on the date of such final order, or written notification that abatement or compliance is satisfactory and the penalty has been withdrawn.

### V.   Miscellaneous Provisions

1. This writing constitutes the entire agreement.  No alteration may be made to this agreement except in writing and signed by both parties.

US-0000893

**OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT**

By: _____

Michael C. Castle, Field Office Director

_____
Date

**National Coal LLC**

By: _____

James C. Justice, III
President and Director

11/28/2018
Date

Page 3 of 3

US-0000894

# Exhibit G-3



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902
November 26, 2018



## WRITTEN ABATEMENT AGREEMENT

### I.  Parties

This abatement agreement is entered into as of the 28th day of November, 2018, by the United States Department of the Interior, Office of Surface Mining Reclamation and Enforcement ("OSMRE") and National Coal LLC and James C. Justice III.

### Authority

The Parties enter this abatement agreement pursuant to 30 C.F.R. 846.17 and 30 C.F.R. 846.18.

### II.  Background

National Coal LLC and James C. Justice III acknowledge:

1. National Coal LLC Permit 3250 has failed to properly backfill and regrade the disturbed area in such a manner as to eliminate all depressions. Backfill material has been placed above the slope just south of pond SS-1B creating a depression approximately 400 feet in length by 40 feet in width with an average depth of 15 feet. This depression is holding up to approximately 3 feet of water, saturating the upper slope of the backfill.
2. On July 2, 2018, the Office of Surface Mining Reclamation and Enforcement ("OSMRE") issued Notice of Violation 18-090-171-004, violation 2 of 3.
3. On July 24, 2018, OSMRE issued Failure to Abate Cessation Order 18-090-171-004, violation 2 of 3, and served copies of the notices of potential liability for individual civil penalties on the company's officers and directors.
4. National Coal LLC has failed to comply with Failure to Abate Cessation Order 18-090-171-004, violation 2 of 3.
5. National Coal LLC failed to exhaust its administrative remedies to contest the order of the Secretary and has waived its right to contest Failure to Abate Cessation Order 18-090-171-004, violation 2 of 3 and Notice of Violation 18-090-171-004, violation 2 of 3.
6. At the time of the failure to comply, James C. Justice III was Managing Member of National Coal LLC with the authority to cause abatement of the violation.
7. James C. Justice III willfully and knowingly authorized, ordered, or carried out the corporate permittee's failure to comply with the cessation order.
8. On October 25, 2018, OSMRE issued proposed assessments of individual civil penalties (Table 1) to James C. Justice III and served the proposed assessments by registered mail.

US-0000898

| Corporate Director, Officer, Agent Cited | Proposed Individual Civil Penalty Assessment |
|---|---|
| James C. Justice, III | I18-090-000-011<br>$8,989.00 |
| | |
| | |

### Table 1

9. On November 19, 2018, counsel for National Coal LLC contacted OSMRE on behalf of the National Coal LLC and the company's officers, directors, and agents requesting to enter a written plan for rapid abatement of the outstanding violations.

### III. Agreement to Abate

National Coal LLC and James C. Justice III hereby agree to the following abatement measures and schedule for abatement:

1. On or before December 09, 2018, National Coal LLC will mobilize all equipment onto Mine 3B (permit 3250) necessary to abate the cessation order and underlying violation.
2. National Coal LLC will regrade the slope eliminating the depression.
3. National Coal LLC will revegetate all disturbed areas.
4. By December 21, 2018, National Coal LLC will complete all work necessary to abate the cessation order and underlying violation.

### IV. Determination of Satisfactory Abatement

1. On or after December 21, 2018, OSMRE will inspect the site and determine whether the abatement is satisfactory.
2. The individual named in the notice of proposed individual civil penalty assessments may postpone payment until receiving either a final order from the Office stating that the penalty is due on the date of such final order, or written notification that abatement or compliance is satisfactory and the penalty has been withdrawn.

### V. Miscellaneous Provisions

1. This writing constitutes the entire agreement. No alteration may be made to this agreement except in writing and signed by both parties.

US-0000899

**OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT**

By: _____
Michael C. Castle, Field Office Director

_____
Date

**National Coal LLC**

By: _____
James C. Justice, III
President and Director

11/28/2018
_____
Date

US-0000900

# Exhibit G-4



## United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902
November 26, 2018



## WRITTEN ABATEMENT AGREEMENT

### I.    Parties

This abatement agreement is entered into as of the 28th day of November, 2018, by the United
States Department of the Interior, Office of Surface Mining Reclamation and Enforcement
("OSMRE") and National Coal LLC and James C. Justice III.

### Authority

The Parties enter this abatement agreement pursuant to 30 C.F.R. 846.17 and 30 C.F.R. 846.18.

### II.    Background

National Coal LLC and James C. Justice III acknowledge:

1. National Coal LLC Permit 3250 has failed to maintain clean water diversion ditch CWD-
   1 in accordance with the Regulations and approved permit.  A slide has formed at the
   outlet of the ditch changing the course of the flow.  The flow is designed to enter basin
   SS-1B from the north, but is now flowing south across the reclaimed slope creating
   serious erosion of the slope and creating large gullies in the backfill.  The drainage then
   enters the basin from the south side, increasing the sediment loading to the pond.
2. On July 2, 2018, the Office of Surface Mining Reclamation and Enforcement
   ("OSMRE") issued Notice of Violation 18-090-171-004, violation 3 of 3.
3. On July 24, 2018, OSMRE issued Failure to Abate Cessation Order 18-090-171-004,
   violation 3 of 3, and served copies of the notices of potential liability for individual civil
   penalties on the company's officers and directors.
4. National Coal LLC has failed to comply with Failure to Abate Cessation Order 18-090-
   171-004, violation 3 of 3.
5. National Coal LLC failed to exhaust its administrative remedies to contest the order of
   the Secretary and has waived its right to contest Failure to Abate Cessation Order 18-090-
   171-004, violation 3 of 3 and Notice of Violation 18-090-171-004, violation 3 of 3.
6. At the time of the failure to comply, James C. Justice III was Managing Member of
   National Coal LLC with the authority to cause abatement of the violation.
7. James C. Justice III willfully and knowingly authorized, ordered, or carried out the
   corporate permittee's failure to comply with the cessation order.
8. On October 25, 2018, OSMRE issued proposed assessments of individual civil penalties
   (Table 1) to James C. Justice III and served the proposed assessments by registered mail.

US-0000904

| Corporate Director, Officer, Agent Cited | Proposed Individual Civil Penalty Assessment |
|---|---|
| James C. Justice, III | I18-090-000-012 |
| | $6,606.00 |
| | |
| | |

### Table I

9. On November 19, 2018, counsel for National Coal LLC contacted OSMRE on behalf of the National Coal LLC and the company's officers, directors, and agents requesting to enter a written plan for rapid abatement of the outstanding violations.

### III.   Agreement to Abate

National Coal LLC and James C. Justice III hereby agree to the following abatement measures and schedule for abatement:

1. On or before December 09, 2018, National Coal LLC will mobilize all equipment onto Mine 3B (permit 3250) necessary to abate the cessation order and underlying violation.
2. National Coal LLC will Reconstruct the ditch CWD-1 in such a manner that flow from the ditch will enter basin SS-1B on the north side as approved in the permit.
3. By December 21, 2018, National Coal LLC will complete all work necessary to abate the cessation order and underlying violation.

### IV.   Determination of Satisfactory Abatement

1. On or after December 21, 2018, OSMRE will inspect the site and determine whether the abatement is satisfactory.
2. The individual named in the notice of proposed individual civil penalty assessments may postpone payment until receiving either a final order from the Office stating that the penalty is due on the date of such final order, or written notification that abatement or compliance is satisfactory and the penalty has been withdrawn.

### V.   Miscellaneous Provisions

1. This writing constitutes the entire agreement. No alteration may be made to this agreement except in writing and signed by both parties.

US-0000905

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT

National Coal LLC

By: _____
Michael C. Castle, Field Office Director

By: _____
James C. Justice, II
President and Director

_____
Date

11/28/2018
_____
Date

US-0000906

Exhibit G-5



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



**RECEIVED**

FEB 12 2019

OSM-INSPECTION
KNOXVILLE

## WRITTEN ABATEMENT AGREEMENT

### I.    Parties

This abatement agreement is entered into as of the 7th day of February, 2019, by the United States Department of the Interior, Office of Surface Mining Reclamation and Enforcement ("OSMRE"), Premium Coal Company, Inc., and James C. Justice III.

**Authority**

The Parties enter this abatement agreement pursuant to 30 C.F.R. 846.17 and 30 C.F.R. 846.18.

### II.    Background

Premium Coal Company, Inc., and James C. Justice III acknowledge:

1. Premium Coal Company, Inc., Permit 3143 has placed spoil against the downslope windrow causing slope instability in mining cuts 3 through 10.
2. In addition buried timber is exposed in the backfilled spoil.
3. On March 30, 2018, the Office of Surface Mining Reclamation and Enforcement ("OSMRE") issued Notice of Violation 18-090-281-001, violation 1 of 3.
4. On June 1, 2018, OSMRE issued Failure to Abate Cessation Order 18-090-281-001, violation 1 of 2, and served copies of the notices of potential liability for individual civil penalties on the company's officers and directors.
5. Premium Coal Company, Inc., has failed to comply with Failure to Abate Cessation Order 18-090-281-001, violation 1 of 2.
6. Premium Coal Company, Inc., failed to exhaust its administrative remedies to contest the order of the Secretary and has waived its right to contest Failure to Abate Cessation Order 18-090-281-001, violation 1 of 2 and Notice of Violation 18-090-281-001, violation 1 of 3.
7. At the time of the failure to comply, James C. Justice III was President and Director of Premium Coal Company, Inc., with the authority to cause abatement of the violation.
8. James C. Justice III willfully and knowingly authorized, ordered, or carried out the corporate permittee's failure to comply with the cessation order.
9. On December 6th, 2018, OSMRE issued proposed assessments of individual civil penalties (Table 1) to James C. Justice III and served the proposed assessments by registered mail.

US-0000910

| Corporate Director, Officer, Agent Cited | Proposed Individual Civil Penalty Assessment |
|---|---|
| James C. Justice, III | I18-090-000-013 |
| | $195,530.00 |

**Table 1**

10. On December 21, 2018, counsel for Premium Coal Company, Inc., contacted OSMRE on behalf of the Premium Coal Company, Inc., and the company's officers, directors, and agents requesting to enter a written plan for rapid abatement of the outstanding violations. Subsequent revisions to the request were submitted December 27, 2018, and again January 29, 2019.

### III.    Agreement to Abate

Premium Coal Company, Inc., and James C. Justice III hereby agree to the following abatement measures and schedule for abatement:

1. On or before February 20, 2019, Premium Coal Company, Inc., will mobilize all equipment onto Area 19 (permit 3143) necessary to abate the cessation order and underlying violation.
2. Premium Coal Company, Inc., will remove all the spoil that has been placed against the windrowed timber and relocate the spoil to a proper location within the permit boundary, stabilize all re-disturbance, and provide sediment control for all re-disturbed areas.
3. Premium Coal Company, Inc., will remove all timber that has been incorporated into the backfill and properly dispose of the recovered timber and stabilize all re-disturbance and provide sediment control for all re-disturbed areas.
4. By March 22, 2019, Premium Coal Company, Inc., will complete all work necessary to abate the cessation order and underlying violation.

### IV.    Determination of Satisfactory Abatement

1. On or after March 22, 2019, OSMRE will inspect the site and determine whether the abatement is satisfactory.
2. The individual named in the notice of proposed individual civil penalty assessments may postpone payment until receiving either a final order from the Office stating that the penalty is due on the date of such final order, or written notification that abatement or compliance is satisfactory and the penalty has been withdrawn.

### V.    Miscellaneous Provisions

1. This writing constitutes the entire agreement. No alteration may be made to this agreement except in writing and signed by both parties.

US-0000911

**OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT**

By: _____

Michael C. Castle
Field Office Director


_2/12/2019_
Date


Re: I18-090-000-013


**Premium Coal Company, Inc.**

By: _____

James C. Justice, III
President and Director


_2/12/2019_
Date


*permission to include the
omitted date from Aaron
Hovelins via telephone 2/12/19*
*MES*


Page 3 of 3

US-0000912

Exhibit G-6



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



**RECEIVED**

FEB 12 2019

OSM-INSPECTION
KNOXVILLE

## WRITTEN ABATEMENT AGREEMENT

### I.    Parties

This abatement agreement is entered into as of the 7th day of February, 2019, by the United States Department of the Interior, Office of Surface Mining Reclamation and Enforcement ("OSMRE"), Premium Coal Company, Inc., and James C. Justice III.

**Authority**

The Parties enter this abatement agreement pursuant to 30 C.F.R. 846.17 and 30 C.F.R. 846.18.

### II.    Background

Premium Coal Company, Inc., and James C. Justice III acknowledge:

1. Premium Coal Company, Inc., Permit 3143 has failed to maintain the haulroad according to the Regulations and the approved permit conditions by allowing a rock slide to remain, blocking the haulroad. The haulroad is impassable between mining cuts 2 through 10.
2. On March 30, 2018, the Office of Surface Mining Reclamation and Enforcement ("OSMRE") issued Notice of Violation 18-090-281-001, violation 2 of 3.
3. On June 1, 2018, OSMRE issued Failure to Abate Cessation Order 18-090-281-001, violation 2 of 2, and served copies of the notices of potential liability for individual civil penalties on the company's officers and directors.
4. Premium Coal Company, Inc., has failed to comply with Failure to Abate Cessation Order 18-090-281-001, violation 2 of 2.
5. Premium Coal Company, Inc., failed to exhaust its administrative remedies to contest the order of the Secretary and has waived its right to contest Failure to Abate Cessation Order 18-090-281-001, violation 2 of 2 and Notice of Violation 18-090-281-001, violation 1 of 3.
6. At the time of the failure to comply, James C. Justice III was President and Director of Premium Coal Company, Inc., with the authority to cause abatement of the violation.
7. James C. Justice III willfully and knowingly authorized, ordered, or carried out the corporate permittee's failure to comply with the cessation order.
8. On December 6th, 2018, OSMRE issued proposed assessments of individual civil penalties (Table 1) to James C. Justice III and served the proposed assessments by registered mail.

US-0000919

| Corporate Director, Officer, Agent Cited | Proposed Individual Civil Penalty Assessment |
|---|---|
| James C. Justice, III | I18-090-000-014<br>$5,830.00 |

**Table 1**

9. On December 21, 2018, counsel for Premium Coal Company, Inc., contacted OSMRE on behalf of the Premium Coal Company, Inc., and the company's officers, directors, and agents requesting to enter a written plan for rapid abatement of the outstanding violations. Subsequent revisions to the request were submitted December 27, 2018 and again January 29, 2019.

### III.    Agreement to Abate

Premium Coal Company, Inc., and James C. Justice III hereby agree to the following abatement measures and schedule for abatement:

1. On or before February 20, 2019, Premium Coal Company, Inc., will mobilize all equipment onto Area 19 (permit 3143) necessary to abate the cessation order and underlying violation.
2. Premium Coal Company, Inc., will remove all rock slide material from the haulroad and properly dispose of it within the permit area.
3. Stabilize the area affected by rockfall and stabilize the highwall area above the haulroad that contributed to the rockfall.
4. By March 22, 2019, Premium Coal Company, Inc., will complete all work necessary to abate the cessation order and underlying violation.

### IV.    Determination of Satisfactory Abatement

1. On or after March 22, 2019, OSMRE will inspect the site and determine whether the abatement is satisfactory.
2. The individual named in the notice of proposed individual civil penalty assessments may postpone payment until receiving either a final order from the Office stating that the penalty is due on the date of such final order, or written notification that abatement or compliance is satisfactory and the penalty has been withdrawn.

### V.    Miscellaneous Provisions

1. This writing constitutes the entire agreement. No alteration may be made to this agreement except in writing and signed by both parties.

US-0000920

**OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT**

By: _____

Michael C. Castle
Field Office Director

_____2/12/2019_____
Date

Re: I18-090-000-014

**Premium Coal Company, Inc.**

By: _____

James C. Justice, III
President and Director

_____2/12/2019_____
Date

*permission to include the
omitted date from Aaron Houchins
via telephone on 2/12/19*
*mcc*

US-0000921

Exhibit G-7



United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



RECEIVED

FEB 12 2019

OSM-INSPECTION
KNOXVILLE

## WRITTEN ABATEMENT AGREEMENT



### I.    Parties

This abatement agreement is entered into as of the 7th day of February 2019, by the United
States Department of the Interior, Office of Surface Mining Reclamation and Enforcement
("OSMRE"), National Coal, LLC, and James C. Justice III.

**Authority**

The Parties enter this abatement agreement pursuant to 30 C.F.R. 846.17 and 30 C.F.R. 846.18.

### II.    Background

National Coal, LLC and James C. Justice III acknowledge:

1. National Coal, LLC Permit 3249 has failed to protect and stabilize surface areas to
   effectively control erosion. Rills and gullies have formed in the backfill of cut A95. This
   has caused ditch LFT-3-2A D1 to fill with sediment which is impeding adequate site
   drainage.
2. On August 2, 2018, the Office of Surface Mining Reclamation and Enforcement
   ("OSMRE") issued Notice of Violation 18-090-535-006, violation 1 of 1.
3. On August 30, 2018, OSMRE issued Failure to Abate Cessation Order 18-090-535-003,
   violation 1 of 1, and served copies of the notices of potential liability for individual civil
   penalties on the company's officers and directors.
4. National Coal, LLC has failed to comply with Failure to Abate Cessation Order 18-090-
   535-003, violation 1 of 1.
5. National Coal, LLC failed to exhaust its administrative remedies to contest the order of
   the Secretary and has waived its right to contest Failure to Abate Cessation Order 18-090-
   535-003, violation 1 of 1 and Notice of Violation 18-090-535-006, violation 1 of 1.
6. At the time of the failure to comply, James C. Justice III was Managing Member of
   National Coal, LLC with the authority to cause abatement of the violation.
7. James C. Justice III willfully and knowingly authorized, ordered, or carried out the
   corporate permittee's failure to comply with the cessation order.
8. On December 18, 2018, OSMRE issued proposed assessments of individual civil
   penalties (Table 1) to James C. Justice III and served the proposed assessments by
   registered mail.

US-0000930

| Corporate Director, Officer, Agent Cited | Proposed Individual Civil Penalty Assessment |
|---|---|
| James C. Justice, III | 118-090-000-015 |
| | $8,257.00 |

**Table 1**

9. On January 17, 2019, counsel for National Coal, LLC contacted OSMRE on behalf of the National Coal, LLC and the company's officers, directors, and agents requesting to enter a written plan for rapid abatement of the outstanding violations.

### III. Agreement to Abate

National Coal, LLC and James C. Justice III hereby agree to the following abatement measures and schedule for abatement:

1. On or before April 14, 2019, National Coal, LLC will mobilize all equipment onto Mine No. 7 (permit 3249) necessary to abate the cessation order and underlying violation.
2. National Coal, LLC will regrade the eroded areas in cut A95 and ensure adequate topsoil or topsoil substitute is on the final graded surface.
3. National Coal, LLC will clean the sediment from ditch LFT-3-2A-D1.
4. National Coal, LLC will seed and mulch the disturbed areas.
5. By April 31, 2019, National Coal, LLC will complete all work necessary to abate the cessation order and underlying violation.

### IV. Determination of Satisfactory Abatement

1. On or after April 31, 2019, OSMRE will inspect the site and determine whether the abatement is satisfactory.
2. The individual named in the notice of proposed individual civil penalty assessments may postpone payment until receiving either a final order from the Office stating that the penalty is due on the date of such final order, or written notification that abatement or compliance is satisfactory and the penalty has been withdrawn.

### V. Miscellaneous Provisions

1. This writing constitutes the entire agreement. No alteration may be made to this agreement except in writing and signed by both parties.

US-0000931

**OFFICE OF SURFACE MINING**
**RECLAMATION AND ENFORCEMENT**

By: _____

Michael C. Castle
Field Office Director

_____
2/12/2019
Date

Re: I18-090-000-015

**National Coal, LLC**

By: _____

James C. Justice, III
President and Director

_____
2/12/2019
Date

*Permission to include the*
*omitted date from Aaron*
*Hutchins via telephone 2/12/19*
*MCS*

US-0000932

# Exhibit G-8



## United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



### WRITTEN ABATEMENT AGREEMENT

#### I.    Parties

This abatement agreement is entered into as of the 7th day of February 2019, by the United States Department of the Interior, Office of Surface Mining Reclamation and Enforcement ("OSMRE"), National Coal, LLC, and James C. Justice III.

#### Authority

The Parties enter this abatement agreement pursuant to 30 C.F.R. 846.17 and 30 C.F.R. 846.18.

#### II.    Background

National Coal, LLC and James C. Justice III acknowledge:

1. National Coal, LLC, Permit TN-023 has failed to maintain the haul road.
2. On June 28, 2018, the Office of Surface Mining Reclamation and Enforcement ("OSMRE") issued Notice of Violation 18-090-171-003, violation 1 of 1.
3. On July 13, 2018, OSMRE issued Failure to Abate Cessation Order 18-090-171-003, violation 1 of 1, and served copies of the notices of potential liability for individual civil penalties on the company's officers and directors.
4. National Coal, LLC has failed to comply with Failure to Abate Cessation Order 18-090-171-003, violation 1 of 1.
5. National Coal, LLC failed to exhaust its administrative remedies to contest the order of the Secretary and has waived its right to contest Failure to Abate Cessation Order 18-090-171-003, violation 1 of 1 and Notice of Violation 18-090-171-003, violation 1 of 1.
6. At the time of the failure to comply, James C. Justice III was Managing Member of National Coal, LLC with the authority to cause abatement of the violation.
7. James C. Justice III willfully and knowingly authorized, ordered, or carried out the corporate permittee's failure to comply with the cessation order.
8. On December 18, 2018, OSMRE issued proposed assessments of individual civil penalties (Table 1) to James C. Justice III and served the proposed assessments by registered mail.

US-0000938

| Corporate Director, Officer, Agent Cited | Proposed Individual Civil Penalty Assessment |
|---|---|
| James C. Justice, III | I18-090-000-017 |
| | $7,150.00 |

**Table 1**

9. On January 17, 2019, counsel for National Coal, LLC contacted OSMRE on behalf of the National Coal, LLC and the company's officers, directors, and agents requesting to enter a written plan for rapid abatement of the outstanding violations.

### III.    Agreement to Abate

National Coal, LLC and James C. Justice III hereby agree to the following abatement measures and schedule for abatement:

1. On or before February 14, 2019, National Coal, LLC will mobilize all equipment onto Deep Mine No. 11 (permit TN-023) necessary to abate the cessation order and underlying violation.
2. National Coal, LLC will grade the road and remove sediment from road ditches
3. National Coal, LLC will unplug culverts #1 and #2.
4. National Coal, LLC will repair water bars.
5. By March 1, 2019, National Coal, LLC will complete all work necessary to abate the cessation order and underlying violation.

### IV.    Determination of Satisfactory Abatement

1. On or after March 1, 2019, OSMRE will inspect the site and determine whether the abatement is satisfactory.
2. The individual named in the notice of proposed individual civil penalty assessments may postpone payment until receiving either a final order from the Office stating that the penalty is due on the date of such final order, or written notification that abatement or compliance is satisfactory and the penalty has been withdrawn.

### V.    Miscellaneous Provisions

1. This writing constitutes the entire agreement.  No alteration may be made to this agreement except in writing and signed by both parties.

US-0000939

**OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT**

By: _____

Michael C. Castle
Field Office Director

_____
Date

Re: I18-090-000-017

**National Coal, LLC**

By: _____

James C. Justice, III
President and Director

_____
Date

*Permission to include the
omitted date from Aaron
Houchins via telephone 2/12/19
MES*

US-0000940

Exhibit G-9



## United States Department of the Interior

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT
710 Locust Street, Second Floor
Knoxville, TN 37902



RECEIVED

FEB 12 2019

OSM-INSPECTION
KNOXVILLE

## WRITTEN ABATEMENT AGREEMENT

### I.    Parties

This abatement agreement is entered into as of the 7th day of February 2019, by the United States Department of the Interior, Office of Surface Mining Reclamation and Enforcement ("OSMRE"), Premium Coal Company, Inc., and James C. Justice III.

### Authority

The Parties enter this abatement agreement pursuant to 30 C.F.R. 846.17 and 30 C.F.R. 846.18.

### II.    Background

Premium Coal Company, Inc. and James C. Justice III acknowledge:

1. Premium Coal Company, Inc., Permit 3237 has failed to post the required bond for the proposed buttress, in accordance with Ordered Revision No. 2.
2. The OSMRE sent a certified letter on November 16, 2017 requiring the permittee to post the required bond amount of $943,350.00, by December 22, 2017.
3. On May 23, 2018, OSMRE issued Notice of Violation 18-090-546-003, violation 1 of 1 for failure to post the required bond amount.
4. On July 10, 2018 OSMRE issued Failure to Abate Cessation Order 18-090-546-001, violation 1 of 1, and served copies of notices of potential liability for individual civil penalties on the company's officers and directors.
5. Premium Coal Company, Inc., has failed to comply with Failure to Abate Cessation Order 18-090-546-001, violation 1 of 1.
6. Premium Coal Company, Inc., failed to exhaust its administrative remedies to contest the order of the Secretary and has waived its right to contest Failure to Abate Cessation Order 18-090-546-001, violation 1 of 1 and Notice of Violation 18-090-546-003, violation 1 of 1.
7. At the time of the failure to comply, James C. Justice III was President and Director of Premium Coal Company, Inc., with the authority to cause abatement of the violation.
8. James C. Justice III willfully and knowingly authorized, ordered, or carried out the corporate permittee's failure to comply with the cessation order.
9. On December 21, 2018, OSMRE issued proposed assessments of individual civil penalties (Table 1) to James C. Justice III and served the proposed assessments by registered mail.

US-0000949

| Corporate Director, Officer, Agent Cited | Proposed Individual Civil Penalty Assessment |
|---|---|
| James C. Justice, III | I18-090-000-018 |
| | $1,037,685.00 |

**Table 1**

10. On November 19, 2018, counsel for Premium Coal Company, Inc., contacted OSMRE on behalf of the Premium Coal Company, Inc., and the company's officers, directors, and agents, requesting to enter a written plan for rapid abatement of the outstanding violations.

### III.   Agreement to Abate

Premium Coal Company, Inc., and James C. Justice III hereby agree to the following abatement measures and schedule for abatement:

1. On or before March 15, 2019, Premium Coal Company, Inc., will post the required bond amount for the proposed buttress, in accordance with Ordered Revision No. 2.and update all required bond information.

### IV.   Determination of Satisfactory Abatement

1. On or after March 15, 2019, OSMRE will determine whether the abatement is satisfactory.
2. The individual named in the notice of proposed individual civil penalty assessments may postpone payment until receiving either a final order from the Office stating that the penalty is due on the date of such final order, or written notification that abatement or compliance is satisfactory and the penalty has been withdrawn.

### V.   Miscellaneous Provisions

1. This writing constitutes the entire agreement.  No alteration may be made to this agreement except in writing and signed by both parties.

US-0000950

**OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT**

By: _____

Michael C. Castle
Field Office Director

_____
2/12/2019
Date

Re. I18-090-000-018

Premium Coal Company, Inc.

By: _____

James C. Justice, III
President and Director

_____
2/12/2019
Date

*permission to include the
Omitted date from Aaron
Hutchins via telephone 2/12/19*

Page 3 of 3

US-0000951