Exhibit H-1



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



TAKE PRIDE®
IN AMERICA

## Final Order
(First Demand Letter)

10/31/2018

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I18-090-000-006 |
| Final Order Date: | 10/31/2018 |
| Permit Number: | 2872 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
    (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
    (2) administrative charges of $48.00 per month for collection costs;
    (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
    (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 10/31/2018 | Bill Number: | I18090000006 |
| Citation Number: | I18-090-000-006 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 12/01/2018 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $23,210.00 | $0.00 | $0.00 | $0.00 | $0.00 | $23,210.00 |

Make Remittance Payable to:      Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004175

**If you pay by Check:**

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

    Office of Surface Mining, Reclamation & Enforcement
    P.O. BOX 979068
    ST LOUIS, MO 63197-9000

## Citation Payment Deposit Coupon

Citation Document Number:        I18090000006

Entity Number:                   150367

Entity Name:                     JAMES JUSTICE III

Entity Name if Different from Above:    _____

Enter Amount of Payment(s):      _____  _____  _____

Enter Check Number(s):           _____  _____  _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004176

Exhibit H-2



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



TAKE PRIDE®
IN AMERICA

## Final Order

(First Demand Letter)

10/31/2018

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I18-090-000-007 |
| Final Order Date: | 10/31/2018 |
| Permit Number: | 3233 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
  (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
  (2) administrative charges of $48.00 per month for collection costs;
  (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
  (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 10/31/2018 | Bill Number: | I18090000007 |
| Citation Number: | I18-090-000-007 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 12/01/2018 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $17,886.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,886.00 |

Make Remittance Payable to:          Office of Surface Mining
                                     PO Box 979068
                                     St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004181

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

> Office of Surface Mining, Reclamation & Enforcement
> P.O. BOX 979068
> ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

Citation Document Number:            I18090000007

Entity Number:                       150367

Entity Name:                         JAMES JUSTICE III

Entity Name if Different from Above:  _____

Enter Amount of Payment(s):          _____   _____   _____

Enter Check Number(s):               _____   _____   _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004182

Exhibit H-3



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



## Final Order

10/31/2018

(First Demand Letter)

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I18-090-000-008 |
| Final Order Date: | 10/31/2018 |
| Permit Number: | 3233 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
   (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
   (2) administrative charges of $48.00 per month for collection costs;
   (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
   (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 10/31/2018 | Bill Number: | I18090000008 |
| Citation Number: | I18-090-000-008 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 12/01/2018 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $8,484.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,484.00 |

Make Remittance Payable to:      Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004187

**If you pay by Check:**

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

> Office of Surface Mining, Reclamation & Enforcement
> P.O. BOX 979068
> ST LOUIS, MO 63197-9000

## Citation Payment Deposit Coupon

Citation Document Number: **I18090000008**

Entity Number: **150367**

Entity Name: **JAMES JUSTICE III**

Entity Name if Different from Above: _____

Enter Amount of Payment(s): _____ _____ _____

Enter Check Number(s): _____ _____ _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004188

Exhibit H-4



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



## Final Order

(First Demand Letter)

2/15/2019

| | |
|---|---|
| Citation Number: | I18-090-000-009 |
| Final Order Date: | 02/15/2019 |
| Permit Number: | 3241 |
| Entity Number: | 150367 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
(1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
(2) administrative charges of $48.00 per month for collection costs;
(3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
(4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 02/15/2019 | Bill Number: | I18090000009 |
| Citation Number: | I18-090-000-009 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 03/18/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $7,788.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,788.00 |

Make Remittance Payable to:  Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004193

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

> Office of Surface Mining, Reclamation & Enforcement
> P.O. BOX 979068
> ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

Citation Document Number:      I18090000009

Entity Number:                 150367

Entity Name:                   JAMES JUSTICE III

Entity Name if Different from Above:  _____

Enter Amount of Payment(s):    _____  _____  _____

Enter Check Number(s):         _____  _____  _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004194

Exhibit H-5



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



## Final Order

1/15/2019

(First Demand Letter)

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I18-090-000-010 |
| Final Order Date: | 12/31/2018 |
| Permit Number: | 3250 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

Prior Bill Date:  12/31/2018

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
   (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
   (2) administrative charges of $48.00 per month for collection costs;
   (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
   (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

US-0004202

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 01/15/2019 | Bill Number: | I18090000010 |
| Citation Number: | I18-090-000-010 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 01/31/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $35,871.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35,871.00 |

Make Remittance Payable to:        Office of Surface Mining
                                   PO Box 979068
                                   St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

## If you pay by Check:

· Make your check payable to "Office of Surface Mining"

· Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

· Mail your check payment along with the "Payment Deposit Coupon" to:

    Office of Surface Mining, Reclamation & Enforcement
    P.O. BOX 979068
    ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

Citation Document Number:     **I18090000010**

Entity Number:     **150367**

Entity Name:     **JAMES JUSTICE III**

Entity Name if Different from Above: _____

Enter Amount of Payment(s): _____  _____  _____

Enter Check Number(s): _____  _____  _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004204

Exhibit H-6



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



TAKE PRIDE®
IN AMERICA

## Final Order

1/15/2019

(First Demand Letter)

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I18-090-000-011 |
| Final Order Date: | 12/31/2018 |
| Permit Number: | 3250 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

Prior Bill Date:  12/31/2018

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
(1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
(2) administrative charges of $48.00 per month for collection costs;
(3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
(4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 01/15/2019 | Bill Number: | I18090000011 |
| Citation Number: | I18-090-000-011 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 01/31/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

### FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $8,989.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,989.00 |

Make Remittance Payable to:      Office of Surface Mining
                                 PO Box 979068
                                 St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

    Office of Surface Mining, Reclamation & Enforcement
    P.O. BOX 979068
    ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

Citation Document Number:    **I18090000011**

Entity Number:    **150367**

Entity Name:    **JAMES JUSTICE III**

Entity Name if Different from Above:

Enter Amount of Payment(s):

Enter Check Number(s):

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004213

Exhibit H-7



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



TAKE PRIDE®
IN AMERICA

## Final Order
(First Demand Letter)

1/15/2019

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I18-090-000-012 |
| Final Order Date: | 12/31/2018 |
| Permit Number: | 3250 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

Prior Bill Date:  12/31/2018

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
    (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
    (2) administrative charges of $48.00 per month for collection costs;
    (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
    (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

        Office of Surface Mining
        PO Box 979068
        St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

US-0004220

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 01/15/2019 | Bill Number: | I18090000012 |
| Citation Number: | I18-090-000-012 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 01/31/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $6,606.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,606.00 |

Make Remittance Payable to:      Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

Office of Surface Mining, Reclamation & Enforcement
P.O. BOX 979068
ST LOUIS, MO 63197-9000

## Citation Payment Deposit Coupon

Citation Document Number:      I18090000012

Entity Number:      150367

Entity Name:      JAMES JUSTICE III

Entity Name if Different from Above: _____

Enter Amount of Payment(s):   _____  _____  _____

Enter Check Number(s):   _____  _____  _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004222

Exhibit H-8



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



TAKE PRIDE®
IN AMERICA

## Final Order

3/15/2019

(First Demand Letter)

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I18-090-000-013 |
| Final Order Date: | 03/15/2019 |
| Permit Number: | 3143 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
    (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
    (2) administrative charges of $48.00 per month for collection costs;
    (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
    (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

US-0004229

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 03/15/2019 | Bill Number: | I18090000013 |
| Citation Number: | I18-090-000-013 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 04/15/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

### FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $195,530.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195,530.00 |

Make Remittance Payable to:  Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

# If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

> Office of Surface Mining, Reclamation & Enforcement
> P.O. BOX 979068
> ST LOUIS, MO 63197-9000

## Citation Payment Deposit Coupon

Citation Document Number:    **I18090000013**

Entity Number:    **150367**

Entity Name:    **JAMES JUSTICE III**

Entity Name if Different from Above: _____

Enter Amount of Payment(s): _____ _____ _____

Enter Check Number(s): _____ _____ _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

Exhibit H-9



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



TAKE PRIDE®
IN AMERICA

## Final Order
(First Demand Letter)

3/15/2019

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I18-090-000-014 |
| Final Order Date: | 03/15/2019 |
| Permit Number: | 3143 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
    (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
    (2) administrative charges of $48.00 per month for collection costs;
    (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
    (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

> Office of Surface Mining
> PO Box 979068
> St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

*Pauline Borquez*

Pauline Borquez, Chief
Financial Program Support Branch

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 03/15/2019 | Bill Number: | I18090000014 |
| Citation Number: | I18-090-000-014 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 04/15/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $5,830.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,830.00 |

Make Remittance Payable to:     Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004239

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

Office of Surface Mining, Reclamation & Enforcement
P.O. BOX 979068
ST LOUIS, MO 63197-9000

## Citation Payment Deposit Coupon

Citation Document Number:     I18090000014

Entity Number:     150367

Entity Name:     JAMES JUSTICE III

Entity Name if Different from Above:     _____

Enter Amount of Payment(s):     _____  _____  _____

Enter Check Number(s):     _____  _____  _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004240

Exhibit H-10



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



## Final Order

4/30/2019

(First Demand Letter)

| | |
|---|---|
| JAMES JUSTICE III | Citation Number: I18-090-000-015 |
| 302 S JEFFERSON ST SUITE 400 | Final Order Date: 04/30/2019 |
| ROANOKE, VA 24011 | Permit Number: 3249 |
| | Entity Number: 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
    (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
    (2) administrative charges of $48.00 per month for collection costs;
    (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
    (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 04/30/2019 | Bill Number: | I18090000015 |
| Citation Number: | I18-090-000-015 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 05/31/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $8,257.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,257.00 |

| | |
|---|---|
| Make Remittance Payable to: | Office of Surface Mining |
| | PO Box 979068 |
| | St Louis, MO 63197-9000 |

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004248

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

> Office of Surface Mining, Reclamation & Enforcement
> P.O. BOX 979068
> ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

Citation Document Number: **I18090000015**

Entity Number: **150367**

Entity Name: **JAMES JUSTICE III**

Entity Name if Different from Above: _____

Enter Amount of Payment(s): _____ _____ _____

Enter Check Number(s): _____ _____ _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004249

Exhibit H-11



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



TAKE PRIDE®
IN AMERICA

## Final Order

3/15/2019

(First Demand Letter)

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I18-090-000-017 |
| Final Order Date: | 03/15/2019 |
| Permit Number: | TN-023 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
    (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
    (2) administrative charges of $48.00 per month for collection costs;
    (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
    (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 03/15/2019 | Bill Number: | I18090000017 |
| Citation Number: | I18-090-000-017 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 04/15/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $7,150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,150.00 |

Make Remittance Payable to:   Office of Surface Mining
                               PO Box 979068
                               St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004255

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

Office of Surface Mining, Reclamation & Enforcement
P.O. BOX 979068
ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

| | |
|---|---|
| Citation Document Number: | I18090000017 |
| Entity Number: | 150367 |
| Entity Name: | JAMES JUSTICE III |

Entity Name if Different from Above: _____

Enter Amount of Payment(s): _____ _____ _____

Enter Check Number(s): _____ _____ _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004256

Exhibit H-12



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



### Final Order
(First Demand Letter)

3/31/2019

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I18-090-000-018 |
| Final Order Date: | 03/31/2019 |
| Permit Number: | 3237 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
    (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
    (2) administrative charges of $48.00 per month for collection costs;
    (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
    (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

US-0004263

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 03/31/2019 | Bill Number: | I18090000018 |
| Citation Number: | I18-090-000-018 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 05/01/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

### FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $1,037,685.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,037,685.00 |

Make Remittance Payable to:  Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004264

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

    Office of Surface Mining, Reclamation & Enforcement
    P.O. BOX 979068
    ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

| | |
|---|---|
| Citation Document Number: | I18090000018 |
| Entity Number: | 150367 |
| Entity Name: | JAMES JUSTICE III |

Entity Name if Different from Above: _____

Enter Amount of Payment(s): _____ _____ _____

Enter Check Number(s): _____ _____ _____

***PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT***

US-0004265

Exhibit H-13

 

# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065

## Final Order

(First Demand Letter)

10/31/2019

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I19-090-000-022 |
| Final Order Date: | 10/31/2019 |
| Permit Number: | 3237 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
(1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
(2) administrative charges of $48.00 per month for collection costs;
(3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
(4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

US-0004272

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 10/31/2019 | Bill Number: | I19090000022 |
| Citation Number: | I19-090-000-022 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 12/01/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $3,155.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,155.00 |

Make Remittance Payable to:
Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004273

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

    Office of Surface Mining, Reclamation & Enforcement
    P.O. BOX 979068
    ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

Citation Document Number:    **I19090000022**

Entity Number:    **150367**

Entity Name:    **JAMES JUSTICE III**

Entity Name if Different from Above:    _____

Enter Amount of Payment(s):    _____  _____  _____

Enter Check Number(s):    _____  _____  _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004274

Exhibit H-14



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



## Final Order

(First Demand Letter)

10/31/2019

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I19-090-000-023 |
| Final Order Date: | 10/31/2019 |
| Permit Number: | 3183 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
   (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
   (2) administrative charges of $48.00 per month for collection costs;
   (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
   (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

> Office of Surface Mining
> PO Box 979068
> St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

US-0004281

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 10/31/2019 | Bill Number: | I19090000023 |
| Citation Number: | I19-090-000-023 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 12/01/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

### FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $13,283.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,283.00 |

Make Remittance Payable to:     Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004282

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

   Office of Surface Mining, Reclamation & Enforcement
   P.O. BOX 979068
   ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

Citation Document Number:          I19090000023

Entity Number:                     150367

Entity Name:                       JAMES JUSTICE III

Entity Name if Different from Above:  _____

Enter Amount of Payment(s):        _____  _____  _____

Enter Check Number(s):             _____  _____  _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004283

Exhibit H-15

 

## United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065

### Final Order
(First Demand Letter)

10/31/2019

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I19-090-000-024 |
| Final Order Date: | 10/31/2019 |
| Permit Number: | 3183 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
    (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
    (2) administrative charges of $48.00 per month for collection costs;
    (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
    (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

US-0004290

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 10/31/2019 | Bill Number: | I19090000024 |
| Citation Number: | I19-090-000-024 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 12/01/2019 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $4,970.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,970.00 |

Make Remittance Payable to:        Office of Surface Mining
                                   PO Box 979068
                                   St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 1.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004291

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

> Office of Surface Mining, Reclamation & Enforcement
> P.O. BOX 979068
> ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

Citation Document Number:       I19090000024

Entity Number:                  150367

Entity Name:                    JAMES JUSTICE III

Entity Name if Different from Above:    _____

Enter Amount of Payment(s):     _____  _____  _____

Enter Check Number(s):          _____  _____  _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004292

Exhibit H-16



# United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



TAKE PRIDE®
IN AMERICA

## Final Order
(First Demand Letter)

1/15/2020

| | |
|---|---|
| Citation Number: | I19-090-000-029 |
| Final Order Date: | 01/15/2020 |
| Permit Number: | 3237 |
| Entity Number: | 150367 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
    (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
    (2) administrative charges of $48.00 per month for collection costs;
    (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
    (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

US-0004308

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 01/15/2020 | Bill Number: | I19090000029 |
| Citation Number: | I19-090-000-029 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 02/15/2020 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $16,478.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,478.00 |

Make Remittance Payable to:    Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 2.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

Office of Surface Mining, Reclamation & Enforcement
P.O. BOX 979068
ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

| | |
|---|---|
| Citation Document Number: | I19090000029 |
| Entity Number: | 150367 |
| Entity Name: | JAMES JUSTICE III |

Entity Name if Different from Above: _____

Enter Amount of Payment(s): _____ _____ _____

Enter Check Number(s): _____ _____ _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004310

Exhibit H-17



## United States Department of the Interior

OFFICE OF SURFACE MINING
Reclamation and Enforcement
P.O. Box 25065
Denver Federal Center
Denver, Colorado 80225-0065



### Final Order
(First Demand Letter)

1/15/2020

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE, VA 24011

| | |
|---|---|
| Citation Number: | I19-090-000-030 |
| Final Order Date: | 01/15/2020 |
| Permit Number: | 3249 |
| Entity Number: | 150367 |

Dear JAMES JUSTICE III:

A Notice of Proposed Assessment / Conclusion of Conference has been served to you for the above referenced citation. Our records indicate that the administrative review of the citation has been completed and/or the statutory deadline for filing requests for review has expired. Therefore, this letter is the final order of the Secretary of the Interior with respect to the civil penalty assessed for this citation.

Pursuant to section 518 of the Surface Mining Control and Reclamation Act, the amount due as shown on the attached bill is now due and payable. Payment in full, received within thirty (30) days of the final order date, will prevent this debt from becoming delinquent, and will allow you to avoid late charges.

If payment is not received within thirty (30) days of the final order date above, Federal Regulations authorize
    (1) interest accrual at the current treasury rate on debt that is delinquent for over thirty (30) days;
    (2) administrative charges of $48.00 per month for collection costs;
    (3) late penalties at a rate of six (6) percent per annum on debt that is delinquent for over ninety (90) days;
    (4) administrative offset against any payments or refunds due to you from the Federal or State Government.
You may inspect and copy the Office of Surface Mining records pertaining to the debt and/or to enter into a written agreement with OSM to repay the debt before the offset occurs.

If you recently filed for bankruptcy protection, this is NOT a demand for payment. Please, send a copy of the bankruptcy notice related to your case for our records.

Please make your check or money order payable to "Office of Surface Mining". To assure proper credit, write the citation number on the front of your check or draft, and mail it with the attached copy of the bill to:

Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

If you have any questions about the referenced citation or the amount of the debt, or if you have questions concerning payment of the debt, please contact the Financial Program Support Branch at 800-799-4265.

Sincerely,

Pauline Borquez

Pauline Borquez, Chief
Financial Program Support Branch

US-0004317

United States Department of the Interior

Office of Surface Mining Reclamation and Enforcement

| | | | |
|---|---|---|---|
| Bill Date: | 01/15/2020 | Bill Number: | I19090000030 |
| Citation Number: | I19-090-000-030 | Cited Entity Number: | 150367 |
| State: | TN | Delinquent Date: | 02/15/2020 |

JAMES JUSTICE III
302 S JEFFERSON ST SUITE 400
ROANOKE VA, 24011

## FIRST BILL FOR COLLECTION

| Principal Due | Interest Due | Admin Due | Penalty Due | Post Judgement Due | Total Due |
|---|---|---|---|---|---|
| $14,269.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,269.00 |

Make Remittance Payable to:       Office of Surface Mining
PO Box 979068
St Louis, MO 63197-9000

This bill includes interest, late penalty, and administrative charges through the bill date. Payments must include interest, late penalty, and administrative charges through the postmark date of the payment as follows:

INTEREST - Compute at 2.00% for the period from the due date to the postmark date when the debt is delinquent for over thirty days.

LATE PENALTY - Compute at 6.00% for the period from the due date to the postmark date when the debt is delinquent for over ninety days.

ADMINISTRATIVE CHARGES - Add $48.00 on the first day of each month thereafter for amounts paid after the third bill. The administrative fee is subject to change each year without notice.

These additional amounts must be added to the billed amount when making your payment. Please call the Financial Program Support Branch at 1-800-799-4265, if you have any questions.

Civil Penalty payments will be applied first to court costs, post—judgment interest, late penalties, administrative costs, accrued interest, and then to principal balance.

If the bill is paid by check or money order, please fill out and include the enclosed coupon. If the bill is paid by Electronic Funds Transfer (EFT), please include the bill number and the cited entity number (at the top right of this letter) in the transmission.

US-0004318

## If you pay by Check:

• Make your check payable to "Office of Surface Mining"

• Complete the "Payment Deposit Coupon" below to ensure that your account is properly credited

• Mail your check payment along with the "Payment Deposit Coupon" to:

Office of Surface Mining, Reclamation & Enforcement
P.O. BOX 979068
ST LOUIS, MO 63197-9000

### Citation Payment Deposit Coupon

Citation Document Number:      I19090000030

Entity Number:                 150367

Entity Name:                   JAMES JUSTICE III

Entity Name if Different from Above:      _____

Enter Amount of Payment(s):      _____  _____  _____

Enter Check Number(s):           _____  _____  _____

*PLEASE INCLUDE THIS COUPON WITH YOUR CHECK TO ENSURE ACCURATE POSTING OF YOUR PAYMENT*

US-0004319