# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

<u>United States of America</u>

vs.

<u>A&G Coal Corp., et al</u>

Action No:   7:23cv318
Date:   1/22/2024
Judge:   Robert S. Ballou
Court Reporter:   Beth Krupa
Deputy Clerk:   K. Anglim

<u>Plaintiff Attorney(s)</u>
Michael Robertson
Clare Boronow
Krista Frith

<u>Defendant Attorney(s)</u>
Aaron Houchens

PROCEEDINGS:
Parties present by counsel via zoom for oral argument on Plaintiff's Motion for Summary Judgment (dkt 32) and Defendants' Motion to Summary Judgment (dkt. 34)
Argument, Objections, Rebuttal as reflected in the record.
Judge to take argument under advisement and rule in near future.

Time in Court:   2:00 – 2:22; 22m