IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:23-cv-00318-RSB |
| | ) | |
| A & G COAL CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 6(i), Plaintiff United States of America hereby moves to withdraw Clare Boronow as counsel. Ms. Boronow will be departing the U.S. Department of Justice. Plaintiff will continue to be represented by Michael Robertson and Krista Frith.

Respectfully submitted this 8th day of February, 2024,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Clare Boronow*
Michael K. Robertson (DC Bar No. 1017183)
Clare Boronow (Barred in Maryland)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel.: (202) 305-9609
Fax: (202) 305-0275
michael.robertson@usdoj.gov
clare.boronow@usdoj.gov

CHRISTOPHER R. KAVANAUGH
United States Attorney

*/s/ Krista Consiglio Frith*
Assistant United States Attorney
Virginia Bar No. 89088

United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
TEL (540) 857-2250
FAX (540) 857-2614
Email: krista.frith@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice, and constitute service, of such filing to all counsel of record.

*/s/ Clare Boronow*
Clare Boronow