IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:23-cv-00318-RSB-CKM |
| | ) | |
| A & G COAL CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR WITHDRAWAL OF COUNSEL**

Upon consideration of Plaintiff United States of America's Motion to Withdraw Clare

Boronow as Counsel for Plaintiff, the Court GRANTS the motion.

It is hereby ORDERED that Clare Boronow is withdrawn as counsel for Plaintiff.


Dated:_____          _____
                                                                C. Kailani Memmer
                                                                United States Magistrate Judge