**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| ***Plaintiff,*** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 7:23-cv-318** |
| | ) | |
| **NATIONAL COAL, LLC., et al.** | ) | |
| | ) | |
| ***Defendants.*** | ) | |

# MOTION FOR REFERRAL TO MEDIATION

Defendants National Coal, LLC, Premium Coal Company, Inc., S and H Mining (collectively the "Companies"), and James C. Justice, III ("Justice") (collectively the "Defendants"), by counsel, and pursuant to Local Civil Rule 83, moves for entry of an order referring this matter to mediation:

1. The Defendants are interested in pursuing mediation in this case.

2. Defendants believe that it is in the best interest of all parties, the Court, and judicial economy to resolve the litigation through mediation.

3. Pursuant to 28 U.S.C. § 651(b), each United States District Court shall "encourage and promote the use of alternative dispute resolution. . ."

4. Local Rule 83(b) permits any party to request that a case be referred to alternative dispute resolution. L.R. 83(b). The preferred method of alternative dispute resolution in the United States District Court for the Western District of Virginia is mediation. L.R. 83(a).

5. Absent a joint motion to the alternative, "a United States District Judge or a United States Magistrate Judge shall serve as the neutral when the matter is designated by the presiding judge for alternative dispute resolution. L.R. 83(c).

6. Defendants have discussed this request with the counsel for the Plaintiffs and is advised that the Plaintiffs have been unable to confirm with their decisionmakers as to whether or not mediation is acceptable to them at this juncture.

7. Good cause exists for a referral to mediation.

8. Defendants request that that Court designate United States Magistrate Judge C. Kailani Memmer to serve as the neutral for the purposes of mediation in this case.

WHEREFORE, Defendants pray that this Court enter an order referring this case to mediation.

Respectfully submitted,

NATIONAL COAL, LLC., et al.

By: /s/ Aaron Balla Houchens
Of Counsel

Aaron B. Houchens, Esq. (VSB #80489)
AARON B. HOUCHENS, P.C.
111 East Main Street
P.O. Box 1250
Salem, Virginia 24153
540-389-4498 (telephone)
540-339-3903 (facsimile)
aaron@houchenslaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2026, a true and accurate copy of the foregoing was provided to the following via the Court's CM/ECF electronic filing system:

Krista Consiglio Frith
United States Attorneys Office - Roanoke
Western District of Virginia
310 First Street, SW, Suite 906
Roanoke, VA 24008
Tel.: 540-857-2956
Fax: 540-857-2283
Krista.Frith@usdoj.gov

/s/ Aaron Balla Houchens